IN THE CIRCUIT COURT OF THE
TWENTIETH JUDICIAL CIRCUIT IN
AND FOR CHARLOTTE COUNTY,
FLORIDA.

CASE NO.    23000237CA

LINDA ANDERSON and MARK
ANDERSON

      Plaintiffs,

v.

HARTFORD CASUALTY INSURANCE
COMPANY,

      Defendant.

_____/

## PLAINTIFFS' COMPLAINT FOR BREACH OF CONTRACT
## & DEMAND FOR JURY TRIAL

Plaintiffs, **LINDA ANDERSON AND MARK ANDERSON,** by and through

undersigned counsel, hereby sue Defendant, **HARTFORD CASUALTY INSURANCE**

**COMPANY**, and in support thereof allege as follows:

1.      This is an action for an amount in excess of $50,000.00, exclusive of attorney fees,

costs, and interest.

2.      At all times material hereto, Plaintiffs were and are residents of Charlotte County,

Florida and *sui juris*.

3.      At all times material hereto, Defendant was and is an insurance company authorized

to and did write homeowners insurance policies within the State of Florida, and specifically within

Charlotte County, Florida.

4.     At all times material hereto, Plaintiffs were and are the owners of the property located at 25285 Delgado Drive, Punta Gorda, Florida 33955, Charlotte County, (hereinafter "Insured Property").

5.     At all times material hereto, Plaintiff and Defendant had a policy of insurance, policy no. 55RBB732890 (hereinafter "Contract"). A copy of the Contract is attached as Exhibit "A."

6.     At all times material hereto, in consideration of premiums paid by Plaintiffs, the Contract was in full force and effect.

7.     The Contract provides, in pertinent part, that Defendant provides coverage for property damage, including contents, rendered to Plaintiffs' property that is the result of a loss, whether natural in cause or not, and the policy is required to comply with the provisions of Florida law.

8.     On or about September 28, 2022, Plaintiffs' property sustained direct physical damage as the result of Hurricane Ian.

9.     As a result thereof, Plaintiffs sustained damages to the property that required reasonable, related and/or necessary repairs and replacements, as well as appropriate cleaning and other remedial measures.

10.     The Contract provides coverage for the damages sustained to the Insured Property.

11.     Plaintiffs gave timely notice to Defendant of such loss, and did thereafter deliver to Defendant a full and particular account of Plaintiffs' damages as a result of the loss.

12.     Defendant assigned claim number Y3NDP20924 to identify the loss reported by Plaintiffs and described in paragraph 8 above.

2

13.     Defendant and its agents requested and were given access and the opportunity to inspect the Insured Property and the reported damage arising from the loss described in paragraph 8 above.

14.     Defendant has failed to establish that it had reasonable proof that it was not responsible for the payment of Plaintiffs' damages and/or loss, and has failed to pay the requested amounts for repairs and/or replacement, plus applicable interest, pursuant to the terms of the policy of insurance, in breach of Plaintiffs' Contract with Defendant.

15.     All conditions precedent to the filing of this action have been complied with, met, or otherwise waived.

16.     This is an action relating to Defendant's breach of Contract for its failure to properly pay the full amount of insurance proceeds owed to Plaintiffs.

17.     Jurisdiction and venue of this matter are proper in the Circuit Court for Charlotte County, Florida.

## COUNT I – BREACH OF CONTRACT

18.     Plaintiffs reallege and reincorporate paragraphs 1-17 as if fully stated herein, and further alleges as follows:

19.     It is undisputed, that on September 28, 2022, Plaintiffs and Defendant were parties to a valid written Contract (the policy) wherein Plaintiffs agreed to pay a premium and in exchange Defendant agreed to insure the subject Property.

20.     Plaintiffs paid all premiums due and owing as contemplated by the policy, thus, fully performing Plaintiffs' obligations under the policy.

21.     During the above Contract period the Insured Property sustained direct physical damages as the result of a covered peril.

22.    Plaintiffs provided timely notice of the loss, described in paragraph 8, above to the Defendant.

23.    After conducting its investigation, Defendant acknowledged coverage under the Contract for the damages referenced herein, and has refused or otherwise failed to issue full payment to Plaintiffs for the physical damages to the Insured Property sustained during the Contract period, as Defendant failed to properly adjust the loss and as a result grossly underpaid the claim.

24.    Under the Contract, Defendant had an obligation to tender sufficient funds to Plaintiffs to allow them to restore the Insured Property to its pre-loss condition or tender policy limits in the event of a total loss.

25.    Plaintiffs have complied with all obligations and conditions precedent to this lawsuit and which would entitle Plaintiffs to recover benefits under the Contract, or such conditions have been waived.

26.    Defendant has failed to provide complete coverage for the physical damages that occurred during the Contract period.

27.    This failure is contrary to the terms of the Contract and constitutes a material breach of the Contract.

28.    Plaintiffs have been damaged by this breach in the form of unpaid insurance proceeds needed to restore the Insured Property to its pre-loss condition as a result of Defendant refusing to pay the full amount owed under the Contract.

29.    As a direct and proximate result of Defendant's breach of Contract, Plaintiffs have been required to retain the services of the undersigned counsel to represent and protect the interests

of Plaintiffs and Plaintiffs have become obligated to pay them a reasonable fee for their services in bringing this action.

30.     In the event that Plaintiffs prevail in this action, Plaintiffs are entitled to an award of attorneys' fees and costs pursuant to Florida law, and specifically pursuant to Sections 627.428 and 57.041, Florida Statutes.

**WHEREFORE**, based on the foregoing, Plaintiffs, **LINDA ANDERSON and MARK ANDERSON**, demand judgment against Defendant, **HARTFORD CASUALTY INSURANCE COMPANY**, for damages, including but not limited to damages owed under the Contract, interest, attorney fees, costs, and any other such relief that this Honorable Court deems just and proper.

**DEMAND** is hereby made for trial by jury of all issues so triable as a matter of right.

**DATED** this this 13 day of February 2023.

**MORGAN LAW GROUP, P.A.**
55 Merrick Way, Suite 404
Coral Gables, Florida 33134
Phone: (305) 569-9900
Fax: (305)443-6828
e-Service: mlg.eservice@morganlawgroup.net

**By:   /s/Marcus R. Rodriguez**
Thomas J. Morgan, Jr., Esq.
Florida Bar No. 127612
Marcus Rodriguez, Esq.
Florida Bar No.: 115798
mrrodriguez@morganlawgroup.net
ahenning@morganlawgroup.net

**/mj**



**THE HARTFORD**

To:         The Morgan Law Group
                 55 Merrick Way, Suite 404
                 Coral Gables, FL 33134

Date:        November 17, 2022

Subject:     Certified Policy

RE: Insured:            LINDA K & MARK ANDERSON
    Claimant:
    Policy Number:      55RBB732890
    Claim Number:      PP0019551110
    Date of Loss:        9/28/2022
    Writing Company:    Hartford Insurance Company of the Midwest.

Attached is a copy of the Homeowner insurance policy you requested for the above captioned claim and date of loss.

If you have any questions or need additional information, please contact the claim representative, David Matheson, at 800-843-7006, ext. xxxx.



**THE HARTFORD**

This will verify that, to the best of the undersigned's knowledge, the attached is complete and accurate representation of insurance policy number 55RBB732890 effective 10/31/2021 to 10/31/2022 as appeared on 9/28/2022 issued by Hartford Insurance Company of the Midwest to LINDA K & MARK ANDERSON. The documents and/or information produced herewith are kept and maintained in the ordinary course of business of Hartford Insurance Company of the Midwest.

*K J Reed*

Signature

STATE OF CONNECTICUT

COUNTY OF HARTFORD

Before me personally appeared, Karen Reed, to me well known and known to me to be the person described in and who executed the foregoing instrument, and acknowledged to and before me that, Karen Reed, executed said instrument for the purposes therein expressed.

WITNESS my hand and official seal, this 17th day of November, 2022.

*Laura Ann Bissell*

Notary Public
State of Connecticut



LAURA ANN BISSELL
Notary Public, State of Connecticut
My Commission Expires Jan. 31, 2025

My Commission expires _____

**PEACE OF MIND**
In the place you call home.



**Online Customer Service Center**
thehartford.com/myaccount

**Customer Service & Billing**
1-800-423-0567

**Claims Hotline**
1-877-805-9918

**To Purchase Flood Insurance**
thehartford.com/flood

09/11/2021

Linda K and Mark Anderson
25285 Delgado Dr
Punta Gorda, FL 33955

**Thank you for renewing your policy.**
**Your policy documents are enclosed.**

Dear Linda K and Mark Anderson,

Thank you for being a part of the AARP® Home Insurance Program from The Hartford[1].

Enclosed is your Declarations Page which is a summary of your coverage and limits. Any requested changes made to your policy will be reflected in your Declarations Page.

Please note that your bill is not included. Billing-related communications will be sent to you separately.

Thank you again for renewing your policy with The Hartford. We appreciate the trust and confidence you've placed in us. If you haven't already, register your policy at thehartford.com/myaccount.

Sincerely,



Douglas Elliot
President, The Hartford

**DID YOU KNOW?** Flood damage, including storm surge, is not covered by your homeowners policy. The Hartford offers flood coverage through the National Flood Insurance Program, fully backed by the Federal Government. Call The Hartford at **1-800-296-7542** to learn more.

PLP-9811-1 (Ed. 12/20)                                    55RBB732890

AARP and its affiliates are not insurers. Paid endorsement. The Hartford pays royalty fees to AARP for the use of its intellectual property. These fees are used for the general purposes of AARP. AARP membership is required for Program eligibility in most states.

The AARP Homeowners Insurance Program from The Hartford is underwritten by Hartford Fire Insurance Company and its affiliates, One Hartford Plaza, Hartford, CT 06155. In CA, it is underwritten by Property and Casualty Insurance Company of Hartford, in WA, MI, MN, by Trumbull Insurance Company; in MA by Trumbull Insurance Company, Sentinel Insurance Company, Hartford Insurance Company of the Midwest, Hartford Accident and Indemnity Company; and in PA by Hartford Underwriters Insurance Company. Not available in all states, including FL. Specific features, credits and discounts may vary and may not be available in all states in accordance with state filings and applicable law.

¹ In Texas, the Home Program is underwritten by Trumbull Insurance Company.

**PLP-9811-1** (Ed. 12/20)

# Your Home Renewal Policy Declarations



AARP
Auto & Home Insurance
Program from

THE
HARTFORD

Thank you for renewing your policy.

Insurer: Hartford Insurance Company of the Midwest, 4040 Vincennes Circle, Indianapolis, IN 46268
For a complete explanation of your coverage, please refer to your insurance policy.

**Questions on your policy? Call The Hartford at 1-800-423-0567.**

INSURED AND MAILING ADDRESS:

Linda K and Mark Anderson
25285 Delgado Dr
Punta Gorda, FL 33955

RESIDENCE PREMISES:

Same as Mailing Address

POLICY INFORMATION:

| | |
|---|---|
| **Your Policy Number:** | 55RBB732890 |
| **Policy Effective/Expiration Date:** | 10/31/2021, 12:01 AM to 10/31/2022, 12:01 AM Standard Time at the Residence Premises |
| **Billing Account Number:** | 83893519 |
| **Policy Premium:** | $2,087.00 |
| **Florida Emergency Management Surcharge:** | $2.00 |
| **Florida Hurricane Catastrophe Fund Recoupment Surcharge:** | $449.00 |

| Total Policy Premium: **$2,538.00** |
|---|

CREDITS AND DISCOUNTS:

- A Renewal credit of 5% is included in your premium.
- A Wind Mitigation credit of 82% has been applied to reflect the building's wind loss mitigation features.  The available credit for this ranges from 0% to 89%.
- Because you insure your vehicles with us, a 10% account credit has been added.
- A 5% discount has been applied to your premium based on your claim free history.
- Your protective devices - smoke detectors, dead bolt locks, burglary alarm - earned you a $128.00 discount.

Hartford Insurance Company of the Midwest, 4040 Vincennes Circle, Indianapolis, IN 46268

## COVERAGES:

Coverage is provided where a Limit of Liability is shown for the coverage.

The basic premium for these coverages is $2,200.00

| SECTION I - PROPERTY COVERAGES | LIMIT OF LIABILITY | |
|---|---|---|
| **A. Dwelling:** | $ | 330,000 |
| Limit is 100% of the Estimated Replacement cost of your home | | |
| If a total loss exceeds this limit, up to 50% more coverage may apply | | |
| **B. Other Structures:** | $ | 33,000 |
| **C. Personal Property:** | $ | 247,500 |
| Limits above include the increases from the Optional Coverage package | | |
| Replacement Cost coverage endorsement applies | | |
| **D. Loss Of Use:** | $ | 66,000 |

We may adjust your Section I Coverage limits annually to keep pace with changing repair and replacement costs in your area.

| SECTION II - LIABILITY COVERAGES | LIMIT OF LIABILITY | |
|---|---|---|
| **E. Personal Liability: Each Occurrence** | $ | 600,000 |
| Includes Additional Coverage limit you purchased | | |
| **F. Medical Payments to Others: Each Person** | $ | 4,000 |
| Includes Additional Coverage limit you purchased | | |

Limits above include the increases from the Optional Coverage package

## DEDUCTIBLE(S):

- For Section I losses - All Other Peril Deductible, we cover only that part of a loss over $2,500 unless noted below or elsewhere in the policy.
- **The Hurricane deductible is equal to 2% of your Dwelling limit, or $6,600 based on your current coverage.**

IMPORTANT INFORMATION:

- CHARLOTTE CO FD is the fire protection provider, and the home is 5 miles to the station, and within 1000 feet to the hydrant. The protection class for this provider is 04.

- Changes to your coverages caused a premium adjustment of $163.00.

- The premium for your policy represents charges for both Hurricane and Non-Hurricane coverage. The portion of your premium for Hurricane coverage is $605.00. Your All Other Coverage premium is $1,933.00.

- **YOUR POLICY PROVIDES COVERAGE FOR A CATASTROPHIC GROUND COVER COLLAPSE THAT RESULTS IN THE PROPERTY BEING CONDEMNED AND UNIHABITABLE.  OTHERWISE, YOUR POLICY DOES NOT PROVIDE COVERAGE FOR SINKHOLE LOSSES. YOU MAY PURCHASE ADDITIONAL COVERAGE FOR SINKHOLE LOSSES FOR AN ADDITIONAL PREMIUM.**

- **THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.**

- **LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE.  PLEASE DISCUSS WITH YOUR INSURANCE AGENT.**

- **FLOOD INSURANCE: YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE. YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR.  WITHOUT SEPARATE FLOOD INSURANCE COVEREAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD. PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.**

## OPTIONAL COVERAGE PACKAGE:

**You have selected Sentinel Silver**

| Sentinel Silver includes the following (Premium Included): | LIMIT/DESCRIPTION |
|---|---|
| **Personal Liability Limit Includes an Increase of** | $300,000 |
| **Medical Payments Limit Includes an Increase of** | $1,000 |
| **Additional Limits of Liability Property Coverages** | In the Event of a Total Loss, Additional Coverage May Apply |
| **Credit Card, Electronic Fund Transfer Card** | Increase of $500 / $1,000 Total |
| **Refrigerated Property** | $1,000 ($100 deductible applies) |
| **Personal Property Replacement Cost** | Personal Property Limit Applies |
| **Personal Injury** | Personal Liability Limit Applies |

Refer to endorsements for additional coverages, policy conditions and exclusions.

## ADDITIONAL COVERAGES:

| | LIMIT/DESCRIPTION | PREMIUM |
|---|---|---|
| **Fungi, Wet or Dry Rot, or Bacteria Personal Liability** | $50,000 Personal Liability Aggregated Sublimit | Included |
| **Ordinance or Law** | Total of 50% of the Dwelling Limit | Included |
| **Increased Personal Liability and/or Medical Payments** | Liability Coverages Limits Apply | $    15.00 |

## FORMS AND ENDORSEMENTS:

The following Forms and Endorsements detail your coverage.

| | |
|---|---|
| • HO 00 03 10 00 | Homeowners 3 - Special Form |
| • HW 01 40 01 12 | Special Provisions - Florida |
| • HW 01 03 06 03 | Amendatory Endorsement - Specifically Excepted Perils |
| • HO 04 16 10 00 | Premises Alarm or Fire Protection System |
| • HO 04 96 10 00 | No Section II - Liability Coverages for Home Day Care Business Limited Section I - Property Coverages for Home Day Care Business |
| • HW 01 01 06 03 | Lifetime Continuation Agreement Homeowners |
| • HW 01 87 08 15 | Homeowners Policy Lead, Fuel Oil and Pollution Exclusion Florida |
| • HW 03 01 05 05 | Calendar Year Hurricane Deductible (Percentage) With Supplemental Reporting Requirement - Florida |
| • HW 04 51 01 06 | Sentinel Silver Coverage Package Endorsement |
| • HO 03 34 05 03 | Limited Fungi, Wet or Dry Rot, or Bacteria Section II - Liability Coverage |
| • HO 04 77 10 00 | Ordinance or Law |

PLEASE NOTE:

The following are enclosed for your review:

| | |
|---|---|
| • DRA-928-1 | Opt-Out Notice for Applicants and Policyholders in the AARP Automobile and Homeowners Insurance Program From the Hartford |
| • DRH-235-0 | Florida Emergency Management Surcharge |
| • DRH-352-8 | Florida Policyholders: Important FHCF Surcharge Information |
| • H-416-1 | Homeowners Policy - Outline |
| • PLA-130-0 | Notice of Consumer Report Practices |
| • PLA-418-2 | Customer Privacy Notice The Hartford Financial Services Group, Inc. and Affiliates* |
| • PLP-98-1 | Checklist of Coverage |
| • PLP-119-5 | Notice of Premium Discounts for Hurricane Loss Mitigation |
| • PLP-163-0 | An Important Notice Regarding Your Limit of Liability for Section I Coverages |

While insured with The Hartford, we may inspect your property.

If you have a loss to your home, or your belongings, report it right away! Report a claim on line at www.thehartford.com/homeclaim or call **The Hartford's 24-hour Claims Hotline at 1-877-805-9918.**

To view your policy documents or get answers to frequently asked questions visit www.thehartford.com/mypolicy

This Declarations and any attached or listed forms and endorsements comprise your policy.

COUNTERSIGNED BY AUTHORIZED AGENT:    *Susan L. Castaneda*

## Opt-Out Notice For Applicants and Policyholders in the

## AARP Automobile and Homeowners Insurance Program from The Hartford

In addition to the ways we share personal financial information described in our Privacy Policy, we may also share basic participation information such as your name, address, status as an applicant or policyholder, and type of policy, with AARP and AARP's wholly owned subsidiary, AARP Services,Inc. (collectively "AARP"). In addition to using this information to measure member participation and satisfaction with the Program, AARP may use this information for other unrelated purposes, such as analyzing member needs and interests. AARP may also share this information with other AARP service providers in order, for example, to inform you of other member benefits and services that may be of interest to you. AARP service providers may include other financial institutions and retailers, such as life insurers, securities companies, and providers of consumer goods. Before sharing personal information with unaffiliated third parties, except as described in our Privacy Policy, we give affected customers an opportunity to direct that such information not be disclosed. If you would prefer not to have your information shared with AARP for purposes unrelated to the AARP Automobile and Homeowners Insurance Program from The Hartford, you may request this by checking the box below and returning this form to The Hartford.

☐  I do not want my personal information shared by The Hartford with AARP or AARP Services, Inc. for purposes that are unrelated to the AARP Insurance Program with The Hartford (other than as permitted or required by law).

Named Insured(s) or Applicant(s) _____

_____

Street Address _____

City, State, Zip Code _____

Home Telephone Number _____

_____        _____
Type of Policy (Automobile, Homeowners, or other)        Policy Number, if issued

_____        _____
Signature        Date Signed

Send to:    The Hartford
P.O. Box 14219
Lexington, KY 40512

If there is more than one named insured or applicant, this election can be made by any named insured or applicant and it will apply to all. This election will apply to all policies in the Program and will continue until revoked by you; however, if your relationship with The Hartford is discontinued you will need to resubmit this election if you reapply for coverage. Your request may take up to 6-8 weeks to become effective.

NOTE: As an AARP member, you may still receive mailings from AARP and other providers of AARP member benefits and services even if you do not return this opt-out notice. If you do not wish to receive promotional mailings from other AARP service providers you must instead contact AARP directly by calling 1-888-687-2277.

# Florida Emergency Management Surcharge

Florida law now requires an annual $2.00 surcharge on all AARP Florida Homeowner (including Tenants and Condominium) or Fire Dwelling policies issued or renewed on or after May 1, 1993. This surcharge is shown on your policy declarations page as "FL EMERGENCY MANAGEMENT SURCHARGE $2.00."

The purpose of the surcharge is to fund the Florida Emergency Management Preparedness and Assistance Trust. The fund will be used to set up and administer state and local emergency management programs that include coordination of disaster relief efforts, public education, and low interest business loans after a disaster.



## Florida Policyholders:

## Important FHCF Surcharge Information

We're pleased that the AARP Homeowners Insurance Program from The Hartford is your choice for coverage. As your insurance company, it's important to keep you informed of the items listed on your Declarations Page that affect your policy premium.

**The Purpose of The FHCF**

The Florida Hurricane Catastrophe Fund (FHCF) was created back in November 1993 after the destruction caused by Hurricane Andrew. The purpose of the fund is to benefit policyholders by protecting solvency of insurance companies in the event of a catastrophic hurricane. All insurance companies writing business in Florida are required to pay an annual reimbursement premium to the FHCF.

**How This Affects You**

To continue to offer Florida AARP members windstorm coverage and cover claims resulting from a catastrophic hurricane, The Hartford determined it is necessary to continue to pass the FHCF fee on to Florida policyholders. Applying the FHCF surcharge allows us to provide windstorm coverage in the event of a hurricane to those who need it, yet price the coverage fairly.

We recognize that any increase in premium is a major concern for our customers. While the FHCF surcharge means you'll pay a higher premium, we believe the total cost for your Program policy is a good value. As a Program member, you'll continue to enjoy the special benefits and features that the Program offers, such as claim service that's available 24 hours a day, 7 days a week.

The FHCF surcharge will vary by territory. This allows a higher surcharge for policies that insure property in locations with a higher risk for hurricanes. The amount of the FHCF surcharge is shown on your declarations page.

**Questions about Your Policy**

If you have any questions concerning the FHCF surcharge or your policy, please call, toll free, at **1-800-423-0567**. Our customer service representatives will be glad to assist you.

We look forward to serving your homeowners insurance needs for this year and the years to come.

# HOMEOWNERS POLICY - OUTLINE



**THE HARTFORD**

The following outline of coverage is for informational purposes only. Florida law prohibits this outline from changing any of the provisions of the insurance contract which is the subject of this outline. Any endorsement regarding changes in types of coverage, exclusions, limitations, reductions, deductibles, coinsurance, renewal provisions, cancellation provisions, surcharges, or credits will be sent separately.

Policies of this category are designed to provide coverage for the following: your home; other structures on your property; your personal belongings; loss of use of your home; personal liability; and medical payments to others.

## POLICY COVERAGES

Please refer to the enclosed policy Declarations Page for limits applicable to each policy coverage, the deductible which applies to property losses, and the policy premium. The following is a brief description of each of the principal coverage features.

**SECTION I - PROPERTY COVERAGE:**

COVERAGE A    covers your dwelling, including structures attached. Coverage A applies to real property owned by you.

COVERAGE B    covers private, nonbusiness structures at your residence, detached from the dwelling, such as a garage, fence, swimming pool or guest house.

COVERAGE C    covers your personal property such as clothes and furniture. Certain special limits apply such as $200 to money and $1,000 for theft of jewelry. You should review these in Section I of your policy along with the kinds of property which are not covered, such as motorized vehicles and property of roomers or boarders.

COVERAGE D    Additional Living Expense provides for payments to you if you temporarily cannot continue to live in your residence because of a covered loss to your dwelling.

**Perils Insured Against:** We insure against risks of direct physical loss to property described unless the loss is caused by freezing under certain circumstances, constant or repeated seepage or leakage of water or steam, or normal wear and tear or damage caused by most animals. Please refer to your policy for full details.

**Property Exclusions:** The principal exclusions in your property coverage are briefly referred to here: Loss from earth movement (other than sinkhole collapse), water damage from flood and other surface or wind-driven waters, power failure, neglect, war and nuclear hazards. There are others. Please refer to your policy for full details regarding exclusions and applicable deductibles.

**Liability Coverages - Section II:** Section II of your policy covers you for your legal liability for bodily injury or property damage to others, arising out of your residence or the personal activities of you and your family members away from the residence. Coverage does not apply to liability resulting from your business pursuits, motor vehicles, or certain kinds of watercraft.

**Coverage Modifications:** The Homeowners Program is very flexible, providing numerous ways to accommodate any special needs your may have. Some of the more common optional coverages include:

    SPECIFICALLY scheduled coverage on property such as jewelry, furs, silverware and fine arts;

    COVERAGE for boats and outboard motors;

    BROADENED coverage for rental of the property to others;

    COVERAGE at an additional residence.

These coverages purchased separately and can be added to your policy at any time.

**Renewal and Cancellation Provisions:** You may cancel the policy at any time for any reason. Our rights to cancel or nonrenew your policy are limited to those conditions described in your policy. If we intend to cancel or refuse renewal of your policy, we must send you a notice telling the reasons for our action and give you advance notice of the cancellation

or nonrenewal date. The prescribed advance notice is as follows: 10 days for nonpayment of premium; if the cancellation is for any other reason, 20 days if the cancellation is to take effect in the first 90 days of policy inception or 90 days if the cancellation is to take effect anytime after the first 90 days of the new business policy inception date; 90 days if we refuse to renew.

**Premium Credits and Surcharges:** The credits and/or surcharges applicable to your policy have been listed on the enclosed declarations page. Please refer to your declarations page for specifics.

Should you have any questions about this outline or about your policy, please contact your Hartford Representative.

## Notice of Consumer Report Practices

This is to confirm that as part of our underwriting and rating procedures, we order consumer reports relating to credit, driving record and loss history. Such reports may also be ordered in connection with an update, renewal or reinstatement of your policy.

# Customer Privacy Notice
## The Hartford Financial Services Group, Inc. and Affiliates*

(herein called "we, our, and us")

*This Privacy Policy applies to our UnitedStatesOperations*

We value your trust. We are committed to the responsible:

a) management;
b) use; and
c) protection;

of **Personal Information.**

This notice describes how we collect, disclose, and protect **Personal Information.**

We collect **Personal Information** to:

a) service your **Transactions** with us; and
b) support our business functions.

We may obtain **Personal Information** from:

a) **You;**
b) your **Transactions** with us; and
c) third parties such as a consumer-reporting agency.

Based on the type of product or service **You** apply for or get from us, **Personal Information** such as:

a) your name;
b) your address;
c) your income;
d) your payment; or
e) your credit history;

may be gathered from sources such as applications, **Transactions,** and consumer reports.

To serve **You** and service our business, we may share certain **Personal Information. We** will share **Personal Information,** only as allowed by law, with affiliates such as:

a) our insurance companies;
b) our employee agents;
c) our brokerage firms; and
d) our administrators.

As allowed by law, we may share **Personal Financial Information** with our affiliates to:

a) market our products; or
b) market our services;

to **You** without providing **You** with an option to prevent these disclosures.

We may also share **Personal Information,** only as allowed by law, with unaffiliated third parties including:

a) independent agents;
b) brokerage firms;
c) insurance companies;
d) administrators; and
e) service providers;

who help us serve **You** and service our business.

When allowed by law, we may share certain **Personal Financial Information** with other unaffiliated third parties who assist us by performing services or functions such as:

a) taking surveys;
b) marketing our products or services; or
c) offering financial products or services under a joint agreement between us and one or more financial institutions.

We, and third parties we partner with, may track some of the pages **You** visit through the use of:

a) cookies;
b) pixel tagging; or
c) other technologies;

and currently do not process or comply with any web browser's "do not track" signal or other similar mechanism that indicates a request to disable online tracking of individual users who visit our websites or use our services.

For more information, our Online Privacy Policy, which governs information we collect on our website and our affiliate websites, is available at https://www.thehartford.com/online-privacy-policy.

We will not sell or share your **Personal Financial Information** with anyone for purposes unrelated to our business functions without offering **You** the opportunity to:

a) "opt-out"; or
b) "opt-in";

as required by law.

We only disclose **Personal Health Information** with:

a)   your authorization; or
b)   as otherwise allowed or required by law.

Our employees have access to **Personal Information** in the course of doing their jobs, such as:

a)   underwriting policies;
b)   paying claims;
c)   developing new products; or
d)   advising customers of our products and services.

We use manual and electronic security procedures to maintain:

a)   the confidentiality; and
b)   the integrity of;

**Personal Information** that we have. We use these procedures to guard against unauthorized access. Some techniques we use to protect **Personal Information** include:

a)   secured files;
b)   user authentication;
c)   encryption;
d)   firewall technology; and
e)   the use of detection software.

We are responsible for and must:

a)   identify information to be protected;
b)   provide an adequate level of protection for that data; and
c)   grant access to protected data only to those people who must use it in the performance of their job-related duties.

Employees who violate our privacy policies and procedures may be subject to discipline, which may include termination of their employment with us.

We will continue to follow our Privacy Policy regarding **Personal Information** even when a business relationship no longer exists between us.

*As used in this Privacy Notice:*

**Application** means your request for our product or service.

**Personal Financial Information** means financial information such as:

a)   credit history;
b)   income;
c)   financial benefits; or
d)   policy or claim information.

**Personal Financial Information** may include Social Security Numbers, Driver's license numbers, or other government-issued identification numbers, or credit, debit card, or bank account numbers.

**Personal Health Information** means health information such as:

a)   your medical records; or
b)   information about your illness, disability or injury.

**Personal Information** means information that identifies **You** personally and is not otherwise available to the public. It includes:

a)   **Personal Financial Information;** and
b)   **Personal Health Information.**

**Transaction** means your business dealings with us, such as:

a)   your **Application;**
b)   your request for us to pay a claim; and
c)   your request for us to take an action on your account.

**You** means an individual who has given us **Personal Information** in conjunction with:

a)   asking about;
b)   applying for; or
c)   obtaining;

a financial product or service from us if the product or service is used mainly for personal, family, or household purposes.

If you have any questions or comments about this privacy notice please feel free to contact us at The Hartford-Law Department, Privacy Law, One Hartford Plaza, Hartford, CT 06155, or at CorporatePrivacyOffice@thehartford.com

This Customer Privacy Notice is being provided on behalf of The Hartford Financial Services Group, Inc. and its affiliates (including the following as of March 2018) to the extent required by the Gramm-Leach-Bliley Act and implementing regulations.

*1stAGChoice, Inc.; Access CoverageCorp, Inc.; Access CoverageCorp Technologies, Inc.; American Maturity Life Insurance Company; Business Management Group, Inc.; Cervus Claim Solutions, LLC; First State Insurance Company; Fountain Investors I LLC; Fountain Investors II LLC; Fountain Investors III LLC; Fountain Investors IV LLC; FP R, LLC (Delaware); FTC Resolution Company LLC; Hart Re Group L.L.C.; Hartford Accident and Indemnity Company; Hartford Administrative Services Company; Hartford Casualty General Agency, Inc.; Hartford Casualty Insurance Company; Hartford Financial Services, LLC; Hartford Fire General Agency, Inc.; Hartford Fire Insurance Company; Hartford Funds Distributors, LLC; Hartford Funds Management Company, LLC; Hartford Funds Management Group, Inc.; Hartford Group Benefits Holding Company; Hartford Holdings, Inc.; Hartford Insurance Company of Illinois; Hartford Insurance Company of the Midwest; Hartford Insurance Company of the Southeast; Hartford Insurance, Ltd.; Hartford Integrated Technologies, Inc.; Hartford International Life Reassurance Corporation; Hartford Investment Management Company; Hartford Life and Accident Insurance Company; Hartford Life and Annuity Insurance Company; Hartford Life Insurance Company; Hartford Life, Inc.; Hartford Life International Holding Company; Hartford Life, Ltd.; Hartford Lloyd's Corporation; Hartford Lloyd's Insurance Company; Hartford Management, Ltd.; Hartford of Texas General Agency, Inc.; Hartford Residual Market, L.C.C.; Hartford Securities Distribution Company, Inc.; Hartford Specialty Insurance Services of Texas, LLC; Hartford Strategic Investments, LLC; Hartford Underwriters General Agency, Inc.; Hartford Underwriters Insurance Company; Hartford-Comprehensive Employee Benefit Service Company; Heritage Holdings, Inc.; Heritage Reinsurance Company, Ltd.; HIMCO Distribution Services Company; HLA LLC; HL Investment Advisors, LLC; Horizon Management Group, LLC; HRA Brokerage Services, Inc.; Lanidex R, LLC; Lattice Strategies LLC; Maxum Casualty Insurance Company; Maxum Indemnity Company; Maxum Specialty Services Corporation; MPC Resolution Company LLC; New England Insurance Company; New England Reinsurance Corporation; New Ocean Insurance Co., Ltd.; Northern Homelands Company; Nutmeg Insurance Agency, Inc.; Nutmeg Insurance Company; Pacific Insurance Company, Limited; Property and Casualty Insurance Company of Hartford; Sentinel Insurance Company, Ltd.; The Hartford International Asset Management Company Limited; Trumbull Flood Management, L.L.C.; Trumbull Insurance Company; Twin City Fire Insurance Company.

**Checklist of Coverage**

**Policy Type:** Homeowner's

**(Indicate: Homeowner's, Tenant's, Condominium Unit Owner's, Dwelling, or Mobile Home Owner's)**

The following checklist is for informational purposes only. Florida law prohibits this checklist from changing any of the provisions of the insurance contract which is the subject of this checklist. Any endorsement regarding changes in types of coverage, exclusions, limitations, reductions, deductibles, coinsurance, renewal provisions, cancellation provisions, surcharges, or credits will be sent separately.

Reviewing this checklist together with your policy can help you gain a better understanding of your policy's actual coverages and limitations, and may even generate questions. By addressing any questions now, you will be more prepared later in the event of a claim. Experience has shown that many questions tend to arise regarding the coverage of attached or detached screened pool enclosures, screened porches, and other types of enclosures. Likewise, if your policy insures a condominium unit, questions may arise regarding the coverage of certain items, such as individual heating and air conditioning unit; individual water heaters; floor, wall, and ceiling coverages; built-in cabinets and counter tops; appliances; window treatments and hardware; and electrical fixtures. A clear understanding of your policy's coverages and limitations will reduce confusion that may arise during the claims settlement.

Please refer to the policy for details and any extensions to the coverages listed in this checklist. All coverages are subject to the provisions and conditions of the policy and any endorsements. If you have any questions regarding your policy, please contact your agent or company. **Consumer Assistance is available from the Department of Financial Services, Division of Consumer Services' Help Line at (800) 342-2762 or www.fldfs.com**

This form was adopted by the Florida Financial Services Commission.

---

**Dwelling Structure Coverage** (Place of Residence)

Limit of Insurance: $330,000    Loss Settlement Basis: Replacement Cost
(i.e.:Replacement Cost, Actual Cash Value, Stated Value, etc.)

---

**Other Structures Coverage** (Detached From Dwelling)

Limit of Insurance: $33,000    Loss Settlement Basis: Replacement Cost
(i.e.:Replacement Cost, Actual Cash Value, Stated Value, etc.)

---

**Personal Property Coverage**

Limit of Insurance: $247,500    Loss Settlement Basis: Replacement Cost
(i.e.:Replacement Cost, Actual Cash Value, Stated Value, etc.)

---

**Deductibles**

Annual Hurricane: $6,600    All Perils (Other Than Hurricane): $2,500

---

**Checklist of Coverage (continued)**

The above Limit of Insurance, Deductibles, and Loss Settlement Basis apply to the following perils insured against. (Items below marked **Y (Yes)** indicate coverage IS included, those marked **N (NO)** indicate coverage is NOT included.

| | |
|---|---|
| Y | Fire or Lightning |
| Y | Hurricane |
| N | Flood (including storm surge) |
| Y | Windstorm or Hail (other than hurricane) |
| Y | Explosion |
| Y | Riot or Civil Commotion |
| Y | Aircraft |
| Y | Vehicles |
| Y | Smoke |
| Y | Vandalism or Malicious Mischief |
| Y | Theft |
| Y | Falling Objects |
| Y | Weight of Ice, Snow or Sleet |
| Y | Accidental Discharge or Overflow of Water or Steam |
| Y | Sudden and Accidental Tearing Apart, Cracking, Burning or Bulging |
| Y | Freezing |
| Y | Sudden and Accidental Damage from Artificially Generated Electrical Current |
| Y | Volcanic Eruption |
| Y | Catastrophic Sinkhole Coverage |
| Y | Any Other Peril Not Specifically Excluded (dwelling and other structures only) |

**Special limits and loss settlement exceptions may apply to certain items. Refer to your policy for details.**

| Loss of Use Coverage | | |
|---|---|---|
| Coverage | Limit of Insurance | Time Limit |
| (Items below marked Y (Yes) indicate coverage IS included, those marked N (No) indicate coverage is NOT included) | | |
| Y    Additional Living Expense | Up to 20% of Cov A | *(see below) |
| Y    Fair Rental Value | Up to 20% of Cov A | **(see below) |
| Y    Civil Authority Prohibits Use | Up to 20% of Cov A | 14 days |

| Property - Additional/Other Coverages | | | | |
|---|---|---|---|---|
| (Items below marked Y (Yes) indicate coverage IS included, those marked N (No) indicate coverage is NOT included) | Limit of Insurance | Amount of insurance is an additional amount coverage or is included within the policy limit | | |
| | | | Included | Additional |
| Y    Debris Removal | Up to 5% | | X | |
| Y    Reasonable Repairs | Reasonable Cost | | X | |
| Y    Property removed | Reasonable Cost | | X | |
| Y    Credit Card, Electronic Fund Transfer Card, or Access Device, Forgery and Counterfeit | $1,000 | | | X |
| Y    Loss Assessment | $2,000 | | | X |
| Y    Collapse | Up to Limits | | X | |
| Y    Glass or Safety Glazing Material | Up to Limits | | X | |
| Y    Landlord's Furnishings | Up to $2,500 | | X | |
| Y    Law and Ordinance | $165,000 | | | X |
| Y    Grave Markers | Up to $5,000 | | X | |
| Y    Mold/Fungi | $10,000 | | X | |

*Shortest time required to repair or replace the damage or, the shortest time required for your household to settle elsewhere.

**Shortest time required to repair or replace the premises.

***of the Building Additions and Alterations Limit.

## Checklist of Coverage (continued)

| Discounts | | |
|---|---|---|
| (Items below marked Y (Yes) indicate discount IS applied, those marked N (No) indicate discount is NOT applied) | | Percentage |
| Y | Multiple Policy | 10% |
| Y | Fire Alarm/Smoke/Alarm/Burglar Alarm | 6% |
| N | Sprinkler | **included in above if applicable** |
| Y | Windstorm Loss Reduction | 82% |
| N | Building Code Effectiveness Grading Schedule | |
| | Other | |

### Personal Liability Coverage

Limit of Insurance  $600,000

### Medical Payments to Others Coverage

Limit of Insurance  $4,000

| Liability  –  Additional/Other  Coverages | | | |
|---|---|---|---|
| (Items below marked Y (Yes) indicate coverage IS included, those marked N (No) indicate coverage is NOT included) | Limit of Insurance | Amount of insurance is an additional amount coverage or is included within the policy limit. | |
| | | Included | Additional |
| Y | Claim Expenses | Reasonable Costs Incurred | | X |
| Y | First Aid Expenses | Reasonable Costs Incurred | | X |
| Y | Damage to Property of Others | Up to $1,000 | | X |
| Y | Loss Assessment | Up to $1,000 | | X |

| Insurer May Insert Any Other Liability Coverage Below | |
|---|---|
| Items below marked Y (Yes) indicate coverage IS included, those marked N (No) indicate coverage is NOT included) | Limit of Insurance |
| **Not Applicable** | **Not Applicable** |
| **Not Applicable** | **Not Applicable** |
| **Not Applicable** | **Not Applicable** |
| **Not Applicable** | **Not Applicable** |
| **Not Applicable** | **Not Applicable** |
| **Not Applicable** | **Not Applicable** |

PLP-98-1



# **IMPORTANT - PLEASE READ**

Dear Valued Policyholder,

Florida law requires insurance companies to offer credits for wind mitigation features to homeowner policyholders in Florida. You may be eligible for credits up to 89%* off the **hurricane/wind portion** of your premium!

Enclosed for your review is information on the credits you may be eligible for.

To receive the new Wind Mitigation credits, you will need to engage a licensed professional to inspect your property and complete the required Uniform Mitigation Verification Inspection Form. Once we receive the completed inspection form, we will apply any applicable credits to your policy. The qualified inspectors who can perform the inspections are governed by Florida Statutes and include:

- A home inspector licensed under s. 468.8314 who has completed at least 3 hours of hurricane mitigation training approved by the Construction Industry Licensing Board which includes hurricane mitigation techniques and compliance with the uniform mitigation verification form and completion of proficiency exam
- Building code inspector certified under Section 468.607, Florida Statutes
- General, building or residential contractor licensed under Section 489.111, Florida Statutes
- Professional architect licensed under Section 481.213, Florida Statutes
- Professional engineer licensed under Section 471.015, Florida Statutes

### How to apply

You must engage a licensed professional to conduct the inspection. You should then submit the completed inspection form to us and we will review it to determine if you qualify for credits to your hurricane/wind premium. Please mail your completed inspection form to The Hartford, P.O. Box 14219, Lexington KY 40512-4219

### Protect your investment

By having an inspection, you are not only eligible for credits on your homeowner insurance policy, you are also protecting your home against hurricane and wind damage.

If you have any questions, please feel free to contact us at 1-800-423-0567

Sincerely,

*Douglas Elliot*

Douglas Elliot, President
The Hartford

*Please note, credits apply to the hurricane/wind portion of your premium. The credits displayed represent the discount applicable to the current adjusted hurricane/wind premium. The total discount is not calculated cumulatively and is not the sum of the individual discounts. Instead, when one credit is applied, other credits are reduced until you reach your maximum discount of 89%. Providing a false or fraudulent mitigation verification form with the intent to obtain a discount on an insurance premium to which you are not entitled is a misdemeanor of the first degree (Section 617.711 (3), Florida Statutes).

# Notice of Premium Discounts For Hurricane Loss Mitigation
## *** Important Information ***
## About Your Homeowners Insurance Policy


**THE HARTFORD**

10-31-2021

Dear Homeowner,

Hurricanes have caused tens of billions of dollars in insured damages and predictions of more catastrophic hurricanes making landfall in Florida have triggered increases in insurance premiums to cover potential future losses. Enclosed is information regarding wind loss mitigation that will make your home more resistant to wind and help protect your family during a catastrophic event. In addition to reducing your hurricane wind premium by installing mitigation features, you may also reduce the likelihood of out of pocket expenses, such as your hurricane deductible, you may otherwise incur after a catastrophic event.

Sincerely,

The Hartford

## What factors are considered in establishing my premium?

Your location: The closer a home is to the coast the more vulnerable it is to damage caused by hurricane winds. This makes your hurricane-wind premium higher than similar homes in other areas of the state.

Your policy: Your insurance policy is divided into two premiums: one for damage caused by hurricane force winds (hurricane-wind) and one for all other damage (all perils), such as fire.

Your deductible: Under the law, you are allowed to choose a $500, 2%, 5% or 10% deductible depending on the actual value of your home. The larger your deductible, the lower your hurricane-wind premium. However, if you select a higher deductible your out-of-pocket expenses in the event of a hurricane claim will be higher.

Improvements to your home: The state requires insurance companies to offer discounts for protecting your home against damage caused by hurricane winds. Securing your roof so it doesn't blow off and protecting your windows from flying debris are the two most cost effective measures you can take to safeguard your home and reduce your hurricane-wind premium. Discounts apply only to the hurricane-wind portion of your policy.

The costs of the improvement projects vary. Homeowners should contact a licensed contractor for an estimate. You can find a Certified Contractor in your area by visiting the Florida Department of Business and Professional Regulation online at www.myfloridalicense.com.

Your maximum discount: Discounts are not calculated cumulatively. The total discount is not the sum of the individual discounts. Instead, when one discount is applied, other discounts are reduced until you reach your maximum discount of 89%.

## How can I take advantage of the discounts?

Homeowners will need a qualified inspector such as a general, building, or residential contractor licensed under Section 489.111, Florida Statutes, or a professional engineer licensed under Section 471.015, Florida Statutes, who has passed the appropriate equivalency test of the Building Code training program as required by Section 553.841, Florida Statutes, or a professional architect licensed under Section 481.213, Florida Statutes, or a building code inspector certified under Section 468.607, to inspect the home to identify potential mitigation measures and verify improvements. For a listing of individuals and/or inspection companies meeting these qualifications contact your insurance agent or insurance company.

The following is an example of how much you can reduce your insurance premium if you have mitigating features on your home. The example is based on your hurricane-wind premium of $1,314.00 which is part of your total annual premium of $2,087.00. Remember, the discounts shown only apply to the hurricane-wind portion of the premium and the discounts for the construction techniques and features listed above are not cumulative.

*Wind mitigation credits apply to that portion of your premium that covers the peril of wind, whether or not a hurricane exists.

# Homes built prior to 2002

| Description of Feature | Estimated* Premium Discount Percent | Estimated* Annual Premium is **Reduced** by: |
|---|---|---|
| Roof Covering (i.e., shingles or tiles) | | |
| •   Meets the Florida Building Code | 7% - 87% | $ 92 - $ 1,143 |
| •   Reinforced Concrete Roof Deck * | 82% - 88% | $ 1,077 - $ 1,156 |
| * If this feature is installed on your home you most likely will not qualify for any other discount. | | |
| How Your Roof is Attached | | |
| •   Using a 2" nail spaced 6" from the edge of the plywood and 12" in the field of the plywood | 00% - 80% | $ 0 - $ 1,051 |
| •   Using a 2 1/2" nail spaced 6" from the edge of the plywood and 12" in the field of the plywood | 9% - 86% | $ 118 - $ 1,130 |
| •   Using a 2 1/2" nail spaced 6" from the edge of the plywood and 6" in the field of the plywood | 9% - 87% | $ 118 - $ 1,143 |
| Roof-to-Wall Connection | | |
| •   Using "Toe Nails"- defined as 3 nails are driven at an angle through the rafter and into the top roof. | 00% - 78% | $ 0 - $ 1,025 |
| •   Using Clips - defined as pieces of metal that are nailed into the side of the rafter/truss and into the side of the top plate or wall stud | 18% - 86% | $ 237 - $ 1,130 |
| •   Using Single Wraps - a single strap that is attached to the side and/or bottom of the top plate and is nailed to the rafter/truss | 20% - 86% | $ 263 - $ 1,130 |
| •   Using Double Wraps - straps are attached to the side and/or bottom of the top plate and are nailed to the rafter/truss | 21% - 87% | $276 - $ 1,143 |
| Roof Shape | | |
| •   Hip Roof - defined as your roof sloping down to meet all your outside walls (like a pyramid). | 28% - 87% | $ 368 - $ 1,143 |
| •   Other | 00% - 86% | $ 0 - $ 1,130 |
| Secondary Water Resistance (SWR) | | |
| •   SWR - defined as a layer of protection between the shingles and the plywood underneath that protects the building if the shingles blow off. | 6% - 89% | $ 79 - $ 1,169 |
| •   No SWR | | |

| Description of Feature | Estimated* Premium Discount Percent | Estimated* Annual Premium is **Reduced** by: |
|---|---|---|
| Shutters | | |
| • None | 00% - 29% | $ 0 - $ 381 |
| • Intermediate Type - shutters that are strong enough to meet half the old Miami-Dade building code standards | 29% - 86% | $ 381 - $ 1,130 |
| • Hurricane Protection Type - shutters that are strong enough to meet the current Miami-Dade building code standards | 39% - 87% | $ 512 - $ 1,143 |

* Estimate is based on information currently on file and the actual amount may vary.

Alternatively and regardless of the year of construction, if you meet the minimum fixtures and constructions requirements of the 2001 Florida Building Code you have the option to reduce your hurricane-wind deductible from 5% to 2%.

If you have further questions about the construction techniques and features or other construction techniques and features that could result in a discount, please contact your agent or the company at Monday through Friday, from 7:00 a.m. to 11:00 p.m. your local time, and Saturdays from 8:00 a.m. to 6:00 p.m Eastern Time.

# An Important Notice Regarding

# Your Limit of Liability for Section I Coverages



Dear Valued Policyholder,

The limit of Liability for Section I coverages that are listed on the Declarations page of your policy may be adjusted annually based on the inflation rate in your area. In order to be adequately protected, the coverage limit you purchase should reflect the cost to rebuild or replace the dwelling if you incurred a covered loss.

You should check your policy limits periodically to make sure that you have the right amount of coverage. This amount may increase or decrease over time depending on several factors, including construction costs in your area. Significant changes to the structure or quality of the materials in your home will also affect the amount of coverage you should maintain.

It is very important to keep your insured property values accurate. If you have not checked the value of your home in the past year or two, we urge you to do so. For assistance in calculating the replacement cost of your home, you can contact an appraiser in your area, your insurance agent, or one of our trained service representatives.

We understand your home is more than a dwelling to you. To ensure your keepsakes and memories are protected, we encourage you to review your coverage at least every two years. Please feel free to contact us at 1-800-423-0567



THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# SPECIAL PROVISIONS – FLORIDA

**DEFINITIONS**

The following definitions are added:

**"Fungi"**
  a. "Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by "fungi".
  b. Under Section II, this does not include any fungi that are in, are on, or are contained in a good or product intended for consumption.

**"Hurricane Occurrence"**

A "hurricane occurrence":
  a. Begins at the time a hurricane watch or warning is issued for any part of Florida by the National Hurricane Center of the National Weather Service;
  b. Continues for the time period during which the hurricane conditions exist anywhere in Florida; and
  c. Ends 72 hours following the termination of the last hurricane watch or hurricane warning issued for any part of Florida by the National Hurricane Center of the National Weather Service.

**"Catastrophic Ground Cover Collapse"**

"Catastrophic ground cover collapse" means geological activity that results in all of the following:
  (1) The abrupt collapse of the ground cover;
  (2) A depression in the ground cover clearly visible to the naked eye;
  (3) "Structural damage", other than settling or cracking, of a building or structure insured under this policy, including the foundation; and
  (4) The building or structure being condemned and ordered to be vacated by the governmental agency authorized by law to issue such an order for that building or structure.

**"Structural Damage"**

"Structural damage" means a covered building, regardless of the date of it's construction, has experienced the following:
  a. Interior floor displacement or deflection in excess of acceptable variances as defined in ACI 117-90 or the Florida Building Code, which results in settlement related damage to the interior such that the interior building structure or members become unfit for service or represents a safety hazard as defined within the Florida Building Code;
  b. Foundation displacement or deflection in excess of acceptable variances as defined in ACI 318-95 or the Florida Building Code, which results in settlement related damage to the "primary structural members" or "primary structural systems" that prevents those members or systems from supporting the loads and forces they were designed to support to the extent that stresses in those "primary structural members" or "primary structural systems" exceeds one and one-third the nominal strength allowed under the Florida Building Code for new buildings of similar structure, purpose, or location;
  c. Damage that results in listing, leaning, or buckling of the exterior load bearing walls or other vertical "primary structural members" to such an extent that a plumb line passing through the center of gravity does not fall inside the middle one-third of the base as defined within the Florida Building Code;
  d. Damage that results in the building, or any portion of the building containing "primary structural members" or "primary structural systems", being significantly likely to imminently collapse because of the movement or instability of the ground within the influence zone of the supporting ground within the sheer plane necessary for the purpose of supporting such building as defined within the Florida Building code; or
  e. Damage occurring on or after October 15, 2005, that qualifies as "substantial structural damage" as defined in the Florida Building Code.

**"Primary structural member"**

"Primary structural member" means a structural element designed to provide support and stability for the vertical or lateral loads of the overall structure.

**"Primary structural system"**

"Primary structural system" means an assemblage of "primary structural members".

1 of 11

HW 01 40 01 12

SECTION I - PROPERTY COVERAGES

Paragraph E.10.k.(2)(d) is deleted in Form **HO 00 05** only.

E.    Additional Coverages

The following Additional Coverage is added:

**"Fungi", Wet Or Dry Rot, Or Bacteria**

    a.    We will pay up to $10,000 for:

        (1)    The total of all loss payable under Section I – Property Coverages caused by "fungi", wet or dry rot, or bacteria;

        (2)    The cost to remove "fungi", wet or dry rot, or bacteria from property covered under Section I – Property Coverages;

        (3)    The cost to tear out and replace any part of the building or other covered property as needed to gain access to the "fungi", wet or dry rot, or bacteria; and

        (4)    The cost of testing of air or property to confirm the absence, presence or level of "fungi", wet or dry rot, or bacteria whether performed prior to, during or after removal, repair, restoration or replacement. The cost of such testing will be provided only to the extent that there is a reason to believe that there is the presence of "fungi", wet or dry rot, or bacteria.

    b.    The coverage described in **a.** only applies when such loss or costs are a result of a Peril Insured Against that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at and after the time the Peril Insured Against occurred.

    c.    $10,000 is the most we will pay for the total of all loss or costs payable under this Additional Coverage regardless of the:

        (1)    Number of locations insured; or

        (2)    Number of claims made.

    d.    If there is covered loss or damage to covered property, not caused, in whole or in part, by "fungi", wet or dry rot, or bacteria, loss payment will not be limited by the terms of this Additional Coverage, except to the extent that "fungi", wet or dry rot, or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Additional Coverage.

This coverage does not increase the limit of liability applying to the damaged covered property.

In Form HO 00 06:

Paragraph D.7.a is replaced by the following:

D.    Additional Coverages

    7.    Loss Assessment

        a.    We will pay up to $2,000 per occurrence for your share of loss assessment charged during the policy period against you, as owner or tenant of the "residence premises", by a corporation or association of property owners. The assessment must be made as a result of direct loss to property, owned by all members collectively, of the type that would be covered by this policy if owned by you, caused by a Peril Insured Against under Coverage **A,** other than:

        (1)    Earthquake; or

        (2)    Land shock waves or tremors before, during or after a volcanic eruption.

The maximum amount of any unit–owners loss assessment coverage that can be assessed for any one property loss, regardless of the number of assessments, shall be an amount equal to your unit–owners loss assessment coverage limit in effect one day before the date the loss occurred. Any changes to the limits of your unit–owners loss assessment coverage made on or after the day before the date of the occurrence are not applicable to such loss.

The deductible amount, not to exceed the lesser of:

        (3)    The deductible amount under this policy equal to that which applies to the peril of fire; or

        (4)    $250;

applies to loss covered under this Additional Coverage. We will pay only that part of the total of all loss payable under this Additional Coverage that exceeds that deductible amount. However, if a deductible was or will be applied to other property loss sustained by you resulting from the same direct loss, then no deductible applies to this coverage.

HW 01 40 01 12

**SECTION I - PERILS INSURED AGAINST**

In Forms HO 00 02, HO 00 04, and HO 00 06

**12.   Accidental Discharge Or Overflow Of Water Or Steam**

Paragraph **b.(5)** in Forms HO 00 02 and HO 00 06 (**b.(4)** in Form HO 00 04) is replaced by the following:

    **(5)**   To a building caused by constant or repeated seepage or leakage of water or the presence or condensation of humidity, moisture or vapor, over a period of weeks, months or years unless such seepage or leakage of water or the presence or condensation of humidity, moisture or vapor and the resulting damage is unknown to all "insureds" and is hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure.

In Form **HO 00 03:**

**A.   Coverage A - Dwelling And Coverage B - Other Structures**

Paragraph **2.c.(5)** is replaced by the following:

    **(5)**   Constant or repeated seepage or leakage of water or the presence or condensation of humidity, moisture or vapor, over a period of weeks, months or years unless such seepage or leakage of water or the presence or condensation of humidity, moisture or vapor and the resulting damage is unknown to all "insureds" and is hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure.

Paragraph **2.c.(6)(c)** is deleted and replaced by the following:

    **(c)**   Smog, rust or other corrosion.

**B.   Coverage C - Personal Property**

**12.   Accidental Discharge Or Overflow Of Water Or Steam**

Paragraph **b.(4)** is replaced by the following:

    **(4)**   Caused by constant or repeated seepage or leakage of water or the presence or condensation of humidity, moisture or vapor, over a period of weeks, months or years unless such seepage or leakage of water or the presence or condensation of humidity, moisture or vapor and the resulting damage is unknown to all "insureds" and is hidden within the walls or ceilings or beneath the floors or above the ceilings or a structure.

For Coverage **C**, the following peril is added:

**17.   "Catastrophic Ground Cover Collapse"**

In Form **HO 00 05:**

**A.   Under Coverages A, B and C:**

Paragraph **2.d.** is replaced by the following:

    **d.**   Constant or repeated seepage or leakage of water or the presence or condensation of humidity, moisture or vapor, over a period of weeks, months or years unless such seepage or leakage of water or the presence or condensation of humidity, moisture or vapor and the resulting damage is unknown to all "insureds" and is hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure.

Paragraph **2.e.(3)** is deleted and replaced by the following:

    **(3)**   Smog, rust or other corrosion.

In Form **HO 00 04** with **HO 05 26:**

Paragraph **2.d.** is replaced by the following:

    **d.**   Constant or repeated seepage or leakage of water or the presence or condensation of humidity, moisture or vapor, over a period of weeks, months or years unless such seepage or leakage of water or the presence or condensation of humidity, moisture or vapor and the resulting damage is unknown to all "insureds" and is hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure.

Paragraph **2.j.(3)** is replaced by the following:

    **(3)**   Smog, rust or other corrosion.

In Form **HO 00 06** with **HO 17 51:**

For Coverage **C:**

Paragraph **3.d.** is replaced by the following:

HW 01 40 01 12

    **d.**  Constant or repeated seepage or leakage of water or the presence or condensation of humidity, moisture or vapor, over a period of weeks, months or years unless such seepage or leakage of water or the presence or condensation of humidity, moisture or vapor and the resulting damage is unknown to all "insureds" and is hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure.

Paragraph **3.j.(3)** is replaced by the following:

    **(3)**  Smog, rust or other corrosion.

In Form **HO 00 06** with **HO 17 52**:

For Coverage **A**:

Paragraph **2.c.(5)** is replaced with the following:

    **(5)**  Constant or repeated seepage or leakage of water or the presence or condensation of humidity, moisture or vapor, over a period of weeks, months or years unless such seepage or leakage of water or the presence or condensation of humidity, moisture or vapor and the resulting damage is unknown to all "insureds" and is hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure.

Paragraph **2.c.(6)(c)** is replaced by the following:

    **(c)**  Smog, rust or other corrosion.

In Forms **HO 00 02**, **HO 00 04**, and **HO 00 06** the following peril is added:

**17. "Catastrophic Ground Cover Collapse"**

**SECTION I – EXCLUSIONS**

Paragraph **2.** is replaced by the following:

**2.  Earth Movement**

"Earth movement" means:

  **a.**  Earthquake, including land shock waves or tremors before, during or after a volcanic eruption;

  **b.**  Landslide, mudslide or mudflow;

  **c.**  Subsidence or sinkhole; or

  **d.**  Any other earth movement including earth sinking, rising or shifting;

caused by or resulting from human or animal forces or any act of nature unless direct loss by fire or explosion ensues and then we will pay only for the ensuing loss.

This exclusion **(2.)** does not apply to loss by:

  **a.**  Theft; or

  **b.**  "Catastrophic ground cover collapse".

The following Exclusion is added:

**"Fungi", Wet Or Dry Rot, Or Bacteria**

"Fungi", Wet Or Dry Rot, Or Bacteria meaning the presence, growth, proliferation, spread or any activity of "fungi", wet or dry rot, bacteria.

This Exclusion does not apply:

  **a.**  When "fungi", wet or dry rot, or bacteria results from fire or lightning; or

  **b.**  To the extent coverage is provided for in the "Fungi", Wet Or Dry Rot, Or Bacteria Additional Coverage under Section I – Property Coverages with respect to loss caused by a Peril Insured Against other than fire or lightning.

Direct loss by a Peril Insured Against resulting from "fungi", wet or dry rot, or bacteria is covered.

**SECTION I – CONDITIONS**

In Forms **HO 00 02**, **HO 00 03** and **HO 00 05**:

**B.  Duties After Loss**

Paragraph **9.** is added:

  **9.**  With respect to the loss or damage caused by the peril of windstorm or hurricane, the claim is barred unless notice of the claim, supplemental claim, or reopened claim is given to us in accordance with the terms of the policy within three years after the hurricane first made landfall or the windstorm caused the covered damage. As used herein, the term supplemental claim or reopened claim means any additional claim for recovery from us for losses from the same hurricane or windstorm which we have previously adjusted pursuant to the initial claim.

4 of 11

**C.    Loss Settlement**

Paragraph **2.d.** are replaced by the following:

    **d.**    We will settle the loss as follows:

        **(1)**    If the Mobilehome Endorsement is not made a part of this policy, we will settle the loss as noted in **2.a.** and **b.** of this provision whether or not actual repair or replacement is complete.

        **(2)**    If the Mobilehome Endorsement is made a part of this policy:

            **(a)**    We will pay no more than the actual cash value of the damage until actual repair or replacement is complete. Once actual repair or replacement is complete, we will settle the loss as noted in **2.a.** and **b.** of this provision.

                However, if the cost to repair or replace the damage is both:

                **(i).**    Less than 5% of the amount of insurance in this policy on the building; and

                **(ii).**    Less than $2,500;

                We will settle the loss according to the provisions of **2.a.** and **b.** of this provision whether or not actual repair or replacement is complete.

            **(b)**    You may disregard the replacement cost loss settlement provisions and make a claim under this policy for loss to buildings on an actual cash value basis. You may then make claim for any additional liability according to the provisions of this Condition **C. Loss Settlement**, provided you notify us of your intent to do so within 180 days after the date of loss.

Paragraph **2.e.** is deleted.

In Form **HO 00 06:**

**B.    Your Duties After Loss**

Paragraph **9.** is added:

    **9.**    With respect to the loss or damage caused by the peril of windstorm or hurricane, the claim is barred unless notice of the claim, supplemental claim, or reopened claim is given to us in accordance with the terms of the policy within three years after the hurricane first made landfall or the windstorm caused the covered damage. As used herein, the term supplemental claim or reopened claim means any additional claim for recovery from us for losses from the same hurricane or windstorm which we have previously adjusted pursuant to the initial claim.

**C.    Loss Settlement**

Paragraph **2.** is replaced by the following:

**2.**    Coverage A – Dwelling, at the actual cost to repair or replace.

    In this provision, the term, "repaired" or "replaced" do not include the increased costs incurred to comply with the enforcement of any ordinance or law, except to the extent that coverage for these increased costs is provided in **D.10.** Ordinance Or Law under Section I Property Coverages.

Paragraph **F. Other Insurance And Service Agreement** is replaced by the following:

**F. Other Insurance And Service Agreement**

    If a loss covered by this policy is also covered by other insurance or a service agreement covering the same property, this insurance will be excess over the amount recoverable under such other insurance or service agreement. However, if a loss covered by this policy is covered by other insurance covering the same property and such other insurance is excess insurance over the amount recoverable under any other policy covering the same property, we will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of such insurance covering the loss.

    Service agreement means a service means a service plan, property restoration plan, home warranty or other similar service warranty agreement, even if it is characterized as insurance.

In Forms **HO 00 02, HO 00 03, HO 00 05** and **HO 00 06** :

Paragraph **E.    Appraisal** is replaced by the following:

E.   **Mediation Or Appraisal**

If you and we:

1. Are engaged in a dispute regarding a claim under this policy, either party may demand a mediation of the loss in accordance with the rules established by the Florida Department of Financial Services. The loss amount must be $500 or more, prior to application of the deductible; or there must be a difference of $500 or more between the loss settlement amount we offer and the loss settlement amount that you request. The settlement in the course of the mediation is binding only if both parties agree, in writing, on a settlement and, you have not rescinded the settlement within three business days after reaching settlement. You may not rescind the settlement after cashing or depositing the settlement check or draft we provided to you.

   We will pay the cost of conducting any mediation conference except when you fail to appear at a conference. That conference will then be rescheduled upon your payment of the total cost for that rescheduled conference. However, if we fail to appear at a mediation conference without good cause, we will pay your actual cash expenses you incur in attending the conference and also pay the total cost for the rescheduled conference.

2. Fail to agree on the amount of loss, either party may request an appraisal of the loss. However, both parties must agree to the appraisal. In this event, each party will choose a competent and impartial appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the "residence premises" is located. The appraisers will separately set the amount of the loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of the loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of the loss.

   Each party will:

   a. Pay its own appraiser; and

   b. Bear the other expenses of the appraisal and umpire equally.

Paragraph G. **Suit Against Us** is replaced by the following:

G.   **Suit Against Us**

No action can be brought against us unless there has been full compliance with all the terms under Section I of this policy and the action is started within five years after the date of loss.

Paragraph H. **Our Option** is replaced by the following:

H.   **Our Option**

If at the time of loss:

1. The Mobilehome Endorsement is made a part of this policy, and we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with material or property of like kind and quality.

2. The Mobilehome Endorsement is not made a part of this policy and the damaged property is:

   a. Not insured for Replacement Cost Loss Settlement as outlined in Section I – Conditions, Loss Settlement, and we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with material or property of like kind and quality.

   b. Insured for Replacement Cost Loss Settlement as outlined in Section I – Conditions, Loss Settlement, we will pay the amount of loss, whether or not you repair or replace the damaged property.

Paragraph I. **Loss Payment** is replaced by the following:

I.   **Loss Payment**

We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable upon the earliest of the following:

HW 01 40 01 12

1. 20 days after we receive your proof of loss and reach written agreement with you; or
2. 60 days after we receive your proof of loss and:
   a. There is an entry of a final judgment; or
   b. There is a filing of an appraisal award or a mediation settlement with us; or
3. If payment is not denied, within 90 days after we receive notice of initial, supplemental, or reopened claim. However, this provision (I.3.) does not apply if factors beyond our control reasonably prevent such payment.

Paragraph **Q. Concealment Or Fraud** is replaced by the following:

**Q. Concealment Or Fraud**

We provide coverage to no "insureds" under this policy if, whether before or after a loss, an "insured" has:

1. Intentionally concealed or misrepresented any material fact or circumstance;
2. Engaged in fraudulent conduct; or
3. Made material false statements;

relating to this insurance.

This is Paragraph **P.** in **HO 00 04.**

## SECTION II - EXCLUSIONS

**E. Coverage E - Personal Liability And Coverage F - Medical Payment to Others**

Paragraph **8. Controlled Substances** is replaced in all forms and Endorsement HO 24 73 by the following:

8. **Controlled Substances**

   "Bodily injury" or "property damage" arising out of the use, sale, manufacture, delivery, transfer or possession by any person of a Controlled Substance as defined under federal law. Controlled Substances include but are not limited to cocaine, LSD, marijuana, and all narcotic drugs. However, this exclusion does not apply to the legitimate use of prescription drugs by a person following the orders of a licensed physician.

   (This is Exclusion **9.** in **HO 24 73**)

## SECTION II - CONDITIONS

Paragraph **A. Limit Of Liability** is replaced by the following:

**A. Limit Of Liability**

1. Our total liability under Coverage **E** for all damages resulting from any one "occurrence" will not be more than the limit of liability for Coverage **E** as shown in the Declarations. All "bodily injury" and "property damage" resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions shall be considered to be the result of one "occurrence".

2. **Sub-limit Of Liability**

   Subject to Paragraph **1.** above, our total liability under Coverage **E** for damages for which an "insured" is legally liable because of statutorily imposed vicarious parental liability not otherwise excluded is $10,000. This sub-limit is within, but does not increase the Coverage **E** limit of liability.

3. The limit of liability in **1.** above and sub-limit in **2.** above apply regardless of the number of "insureds", claims made or persons injured.

4. Our total liability under Coverage **F** for all medical expense payable for "bodily injury" to one person as the result of one accident will not be more than the limit of liability for Coverage **F** as shown in the Declarations.

This Condition does not apply with respect to damages arising out of "fungi", wet or dry rot, or bacteria when Endorsement **HO 03 34** is attached.

Paragraph **J. Concealment or Fraud** is replaced by the following:

**J. Concealment or Fraud**

We do not provide coverage to an "insured" who, whether before or after a loss, has:

1. Intentionally concealed or misrepresented any material fact or circumstance;
2. Engaged in fraudulent conduct; or
3. Made material false statements;

relating to this insurance.

7 of 11

SECTIONS I AND II - CONDITIONS

Paragraph **C. Cancellation** is replaced by the following:

C. **Cancellation**

1. You may cancel this policy at any time by returning it to us or by letting us know of the date cancellation is to take effect.

2. If a state of emergency is declared by the Governor and the Commissioner of Insurance Regulation files an Emergency Order, and the "residence premises" has been damaged as a result of a hurricane or wind loss that is the subject of the declared emergency we may cancel this policy only for the following reasons, with respect to the period beginning from the date the state of emergency is declared to the expiration of 90 days following the repairs to the dwelling or other structure located on the "residence premises", by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations. Proof of mailing will be sufficient proof of notice.

   a. When you have not paid the premium, we may cancel during this period by letting you know at least 10 days before the date cancellation takes effect.

   b. If:

      (1) There has been a material misstatement or fraud related to the claim;

      (2) We determine that you have unreasonably caused a delay in the repair of the dwelling or other structure; or

      (3) We have paid policy limits;

      we may cancel during this period by letting you know at least 45 days before the date cancellation takes effect.

   c. We shall be entitled to collect any additional premium required to keep the policy in effect during this period.

      However, this provision **C.2.c.** does not apply if you have obtained replacement coverage with respect to the damaged property, and the coverage is in effect for a claim occurring during the duration of the extension.

3. If the conditions described in Paragraph **C.2.** do not apply, we may cancel only for the following reasons:

   a. When this policy has been in effect for 90 days or less, we may cancel immediately:

      (1) There has been a material misstatement or misrepresentation or failure to comply with underwriting requirements; and

      (2) The "residence premises" has not been insured by us or any of our affiliated insurers for at least five years immediately prior to the date of the written notice.

   b. We may also cancel this policy subject to the following provisions. A written cancellation notice, together with the specific reasons for cancellation, will be delivered to you, or mailed to you at your mailing address shown in the Declarations. Proof of mailing will be sufficient proof of notice.

      (1) When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

      (2) When this policy has been in effect for 90 days or less, we may cancel for any reason, except we may not cancel:

         (a) On the basis of property insurance claims that are the result of an Act of God, unless we can demonstrate, by claims frequency or otherwise, that the "insured" has failed to take action reasonably necessary as requested by us to prevent recurrence to the insured property; or

         (b) On the basis of a single claim which is the result of water damage, unless we can demonstrate that the "insured" has failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

HW 01 40 01 12

Except as provided in Paragraphs **C.3.a.** and **C.3.b.(1)** above, we will let you know of our action at least:

(a) 120 days before the date cancellation takes effect if the "residence premises" has been insured by us or any of our affiliated insurers for at least five years immediately prior to the date of the written notice; or

(b) 20 days before the date cancellation takes effect in all other cases.

   (3)   When this policy has been in effect for more than 90 days, we may cancel:

      (a)  If there has been a material misstatement;

      (b)  If the risk has changed substantially since the policy was issued;

      (c)  In the event of failure to comply with underwriting requirements established by us within 90 days of the effective date of coverage;

      (d)  If the cancellation is for all insureds under policies of this type for a given class of insureds;

      (e)  On the basis of property insurance claims that are the result of an Act of God, if we can demonstrate, by claims frequency or otherwise, that the "insured" has failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insureds property; or

      (f)  On the basis of a single claim which is the result of water damage, if we can demonstrate that the "insured" has failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

We will provide the following notice:

      (a)  If the "residences premises" has been insured by us or any of our affiliated insurers for at least five years immediately prior to the date of the written notice, we will let you know at least 120 days before the date cancellation takes effect.

If Paragraph (a) does not apply, and:

      (b)  If the date of cancellation becomes effective on or after December 1 and before June 1, we will let you know at least 100 days before the date cancellation takes effect; or

      (c)  If the date of cancellation becomes effective on or after June 1 and before December 1, we will let you know:

         (i)  At least 100 days before the date cancellation takes effect; or

         (ii)  By June 1;

         whichever is earlier.

If more than one notice requirement applies, we will provide the broadest notice.

**4.**   If the date of cancellation becomes effective during a "hurricane occurrence";

   **a.**  The date of cancellation will not become effective until the end of the "hurricane occurrence"; and

   **b.**  We shall be entitled to collect additional premium for the period beyond the original date of cancellation for which the policy remains in effect.

However, this provision (**C.4.**) does not apply if you have obtained replacement coverage with respect to the damaged property, and the coverage is in effect for a claim occurring during the duration of the "hurricane occurrence".

**5.**   When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

**6.**   If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within 15 days after the date cancellation takes effect.

HW 01 40 01 12

Paragraph **D. Nonrenewal** is replaced by the following:

D.  **Nonrenewal**

1.  We may elect not to renew this policy. We may do so by delivering to you, or mailing to you at your mailing address shown in the Declarations, written notice, together with the specific reasons for nonrenewal. Proof of mailing will be sufficient proof of notice:

    a.  If a state of emergency is declared by the Governor and the Commissioner of Insurance Regulation files an Emergency Order, and the "residence premises" has been damaged as a result of a hurricane or wind loss that is the subject of the declared emergency; then during the period beginning from the date the state of emergency is declared to the expiration of 90 days following the repairs to the dwelling or other structure located on the "residence premises", we may elect not to renew this policy only if:

        (1)  You have not paid the renewal premium;

        (2)  There has been a material misstatement or fraud related to the claim;

        (3)  We determine that you have unreasonably caused a delay in the repair of the dwelling or other structure; or

        (4)  We have paid policy limits.

        We may do so by letting you know at least 45 days before the expiration date of the policy.

    b.  We shall be entitled to collect any additional premium required to keep the policy in effect during this period.

        However, this provision **(D.1.b.)** does not apply if you have obtained replacement coverage with respect to the damaged property, and the coverage is in effect for a claim occurring during the duration of the extension.

    c.  If the conditions described in Paragraph **1.a.** do not apply, we may elect not to renew this policy by providing the following notice before the expiration date of this policy:

        (1)  If the "residence premises" has been insured by us or any of our affiliated insurers for at least five years immediately prior to the date of the written notice, we will let you know at least 120 days before the expiration date of date of this policy;

        (2)  If we elect not to renew this policy due to a revision in coverage for sinkhole loss or "catastrophic ground cover collapse" we will let you know at least 100 days before the expiration date of this policy;

        (3)  If:

            (a)  The date of nonrenewal becomes effective on or after December 1 and before June 1, we will let you know at least 100 days before the expiration date of this policy; or

            (b)  The date of nonrenewal becomes effective on or after June 1 and before December 1, we will let you know:

                (i)  At least 100 days before the expiration date of this policy; or

                (ii)  By June 1;

                whichever is earlier.

            If more than one notice requirement applies, we will provide the broadest notice.

2.  We will not nonrenew this policy:

    a.  On the basis of property insurance claims that are the result of an Act of God, unless we can demonstrate, by claims frequency or otherwise that the "insured" has failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property;

    b.  On the basis of a single claim which is the result of water damage, unless we can demonstrate that the "insured" has failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property; or

    c.  On the basis of filing of claims for sinkhole loss, unless:

        (1.)  The total of such payments equals or exceeds the policy limits of coverage for the policy in effect on the date of loss, for property damage to the covered building, as set forth on the Declarations page; or

10 of 11

HW 01 40 01 12

**(2.)** You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based.

3. If the date of nonrenewal becomes effective during a "hurricane occurrence":

   **a.** The expiration date of this policy will not become effective until the end of the "hurricane occurrence"; and

   **b.** We shall be entitled to collect additional premium for the period the policy remains in effect.

   However, this provision **(D.3.)** does not apply if you have obtained replacement coverage with respect to the damaged property, and the coverage is in effect for a claim occurring during the duration of the "hurricane occurrence".

The following Condition are added:

**H.  Renewal Notification**

If we elect to renew this policy, we will let you know, in writing:

**1.** Of our decision to renew this policy; and

**2.** The amount of renewal premium payable to us.

This notice will be delivered to you or mailed to you at your mailing address shown in the Declarations at least 45 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

**I.  Notice**

A company employee, adjuster, independent adjuster, attorney, investigator, or other persons acting on behalf of us that needs access to you or the claimant or to the insured property that is the subject of a claim must provide at least 48 hours' notice to you or the claimant, public adjuster, or legal representative before scheduling a meeting with the claimant or an onsite inspection of the insured property. You or the claimant may deny access to the property if the notice has not been provided. You or the claimant may waive the 48-hour notice.

All other provisions of this policy apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

HW 01 40 01 12



THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDATORY ENDORSEMENT – SPECIFICALLY EXCEPTED PERILS

As used herein, "Peril" means a cause of physical loss or damage to property. It has this meaning whether or not it is called a "Peril" or a "Cause of Loss" in this policy.

Even if any of the terms of this policy might be construed otherwise, the following Perils, as described in Paragraphs **A.** and **B.** below, are **SPECIFICALLY EXCEPTED FROM THIS POLICY. WE DO NOT COVER OR INSURE AGAINST LOSS OR DAMAGE DIRECTLY OR INDIRECTLY CAUSED BY, RESULTING FROM, CONTRIBUTED TO OR AGGRAVATED BY, OR WHICH WOULD NOT HAVE OCCURRED BUT FOR, EITHER OF THESE PERILS:**

A.  **ACTS, ERRORS OR OMISSIONS** by you or others in:
1.  Planning, zoning, developing, surveying, testing or siting property;
2.  Establishing or enforcing any building code, or any standard, ordinance or law about the construction, use or repair of any property or materials, or requiring the tearing down of any property, including the removal of its debris;
3.  The design, specifications, workmanship, repair, construction, renovation, remolding, grading or compaction of all or any part of the following:
    a.  Land or buildings or other structures;
    b.  Roads, water or gas mains, sewers, drainage ditches, levees, dams, or other facilities; or
    c.  Other improvements or changes in or additions to land or other property.
4.  The furnishing of work, materials, parts or equipment in connection with the design, specifications, workmanship, repair, construction, renovation, remodeling, grading or compaction of any of the above property or facilities; or
5.  The maintenance of any such property or facilities.

This exception A. applies whether or not the property or facilities described above are:
1.  Covered under this policy; or
2.  On or away from the covered premises.

This exception A. does not reduce the insurance for loss or damage caused directly by a Covered Peril.

As used in this endorsement:
1.  If this policy is written to cover the risk of loss from specifically named cause, "Covered Peril" means any Peril specifically named as covered; or
2.  If written to cover the risk of loss without specifying specifically named causes, "Covered Peril" means any Peril not described above and not otherwise excluded or excepted from the causes of loss covered by this policy.

B.  **COLLAPSE, "CRACKING" OR "SHIFTING"** of buildings, other stuctures or facilities, or their parts, if the collapse, "cracking" or "shifting":
1.  Occurs during "earth movement," "volcanic eruption" or "flood" condition or within 72 hours after they cease; and
2.  Would not have occurred but for "earth movement," "volcanic eruption" or "flood."

But if loss or damage by a covered Peril ensues at the covered premises, we will pay for that ensuring loss or damage.

1 of 2

HW 01 03 06 03 (NS)

This exception **B.** applies whether or not there are other provisions in this policy relating to collapse, "cracking" or "shifting" of buildings, other structures or facilities, or their parts. Any such provision is revised by this endorsement to include this exception.

But if this policy specifically covers (by endorsement or in any other way) loss or damage caused by one or more or the following Perils:

1. Earthquake;

2. Flood;

3. Volcanic action;

4. Volcanic eruption; or

5. Sinkhole collapse,

this exception **B.** will not reduce that coverage.

As used in this exception **B.:**

1. "Cracking" means cracking, separating, shrinking, bulging, or expanding;

2. "Shifting" means shifing, rising, settling, sinking, or lateral or other movement;

3. "Earth movement" means any earth movement, including but not limited to "earthquake," landslide, mudflow, erosion, contraction or expansion, subsidence, any movement of earth resulting from water combining with the ground or soil, and any other "shifting" of earth; all whether or not combined with "flood" or "volcanic eruption." It does not include sinkhold collapse if loss by sinkhole collapse is specifically covered in this policy;

4. "Earthquake" means a shaking or trembling of the earth's crust, caused by underground volcanic or tectonic forces or by breaking or "shifting" of rock beneath the surface of the ground from natural causes. An "Earthquake" includes al related shocks and after shocks;

5. "Volcanic eruption" means the eruption, explosion or effusion of a volcano. It does not include volcanic action if loss by volcanic action is specifically covered in this policy;

6. "Flood" means:

   a. Flood, surface water, waves, tides, tidal water, tidal waves, high water, and overflow of any body of water, or their spray, all whether driven by wind or not;

   b. Release of water held by a dam, levy or dike or by a water or flood control device;

   c. Water that backs up from a sewer or drain; or

   d. Water under the ground surface pressing on, or flowing, leaking or seeping through:

      (1) Foundations, walls, floors or paved surfaces;

      (2) Basements, whether paved or not; or

      (3) Doors, windows or other openings.

All other provisions of the policy apply.

2 of 2

HW 01 03 06 03 (NS)

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PREMISES ALARM OR FIRE PROTECTION SYSTEM

We acknowledge the installation of an alarm system and/or automatic sprinkler system approved by us on the "residence premises". You agree to maintain this system or systems, for which we have granted a credit, in working order and to let us know promptly of any change, including removal, made to the system(s).

HO 04 16 10 00                                    Copyright, Insurance Services Office, Inc., 1999



THIS ENDORSEMENT DOES **NOT** CONSTITUTE A REDUCTION OF COVERAGE.

## NO SECTION II – LIABILITY COVERAGES FOR HOME DAY CARE BUSINESS
## LIMITED SECTION I – PROPERTY COVERAGES FOR HOME DAY CARE BUSINESS

**A.** "Business", as defined in the policy, means:

  **1.** A trade, profession or occupation engaged in on a full-time, part-time, or occasional basis; or

  **2.** Any other activity engaged in for money or other compensation, except the following:

    **a.** One or more activities:

      **(1)** Not described in **b.** through **d.** below; and

      **(2)** For which no "insured" receives more than $2000 in total compensation for the 12 months before the beginning of the policy period;

    **b.** Volunteer activities for which no money is received other than payment for expenses incurred to perform the activity;

    **c.** Providing home day care services for which no compensation is received, other than the mutual exchange of such services; or

    **d.** The rendering of home day care services to a relative of an "insured".

**B.** If an "insured" regularly provides home day care services to a person or persons other than "insureds" as their trade, profession or occupation, that service is a "business".

**C.** If home day care service is not a given "insured's" trade, profession or occupation but is an activity:

  **1.** That an "insured" engages in for money or other compensation; and

  **2.** From which an "insured" receives more than $2,000 in total/combined compensation from it and any other activity for the 12 months before the beginning of the policy period;

the home day care service and other activity will be considered a "business".

**D.** With respect to **C.** above, home day care service is only an example of an activity engaged in for money that may be a "business". Any single activity or combination of activities:

  **1.** Described in **A.2.** above, and

  **2.** Engaged in for money by a single "insured";

may be considered a "business" if the $2000 threshold is exceeded.

**E.** With respect to **A.** through **D.** above, coverage does not apply to or is limited with respect to home day care service which is a "business". For example, this policy:

  **1.** Does not provide:

    **a.** Section II coverages. This is because a "business" of an "insured" is excluded under **E.2.** of Section II – Exclusions;

    **b.** Coverage, under Section I, for other structures from which any "business" is conducted; and

HO 04 96 10 00

2. Limits of Section I coverage, under Coverage **C** – Special Limits of Liability, for "business" property:

   a. On the "residence premises" for the home day care "business" to $2,500. This is because Category **h.** (**e.** in Form **HO 00 08**) imposes that limit on "business" property on the "residence premises";

   b. Away from the "residence premises" for the home day care "business" to $500. This is because Category **i.** (**f.** in Form **HO 00 08**) imposes that limit on "business" property away from the "residence premises". Category **i.** does not apply to property described in Categories **j.** and **k.** (**g.** and **h.** respectively in Form **HO 00 08**).

HO 04 96 10 00　　　　　　　　　　　　　　Copyright, Insurance Services Office, Inc., 1999

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIFETIME CONTINUATION AGREEMENT HOMEOWNERS

After the policy is in effect sixty (60) days, or if this is a renewal or continuation policy, we will continue the policy for as many additional policy periods as you wish, provided:

1. You pay the premium when due.

2. You maintain at least 80% of the full replacement cost of the dwelling under Coverage A.

3. We reserve the right to substitute more current forms and endorsements when they are approved and adopted.

4. You do not knowingly increase the hazard of the risk without written permission of the company.

5. There has not been a material misrepresentation of fact which if known to us would have caused us not to issue the policy.

All other provisions of this policy apply.

HW 01 01 06 03 (NS)



THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# HOMEOWNERS POLICY LEAD, FUEL OIL AND POLLUTION EXCLUSION FLORIDA

The following is added to **Section II – Exclusions**, item **E**:

Coverages E and F do not apply to the following:

9.  **Lead**

    Actual or alleged "Bodily Injury" arising out of the exposure to, ingestion or inhalation of, lead or lead compounds.

10. **Fuel Oil**

    "Bodily Injury" and "Property Damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release, or escape of fuel oil unless the discharge, dispersal, seepage, migration, release or escape was caused by a peril insured against under Coverage C of this policy.

11. **Pollutants**

    "Bodily Injury" and "Property Damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release, or escape of pollutants unless the discharge, dispersal, seepage, migration, release or escape was caused by a peril insured against under Coverage C of this policy. POLLUTANTS means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALENDAR YEAR HURRICANE DEDUCTIBLE (PERCENTAGE) WITH SUPPLEMENTAL REPORTING REQUIREMENT - FLORIDA

### ALL FORMS EXCEPT HO 4 and HO 6

**SCHEDULE\***

| Calendar Year Hurricane Deductible Amount: |
| --- |
|  |

\*Entries may be left blank if shown elsewhere in this policy for this coverage.

**A. Loss By Windstorm During A Hurricane**

With respect to Paragraphs **C.** and **D.,** coverage for loss caused by the peril of windstorm during a hurricane which occurs anywhere in the state of Florida, includes loss to:

**1.** The inside of a building; or

**2.** The property contained in a building caused by:

    **a.** Rain;

    **b.** Snow;

    **c.** Sleet;

    **d.** Hail;

    **e.** Sand; or

    **f.** Dust;

If the direct force of the windstorm damages the building, causing an opening in a roof or wall and the rain, snow, sleet, hail, sand or dust enters through this opening.

**B. Hurricane Described**

**1.** A hurricane means a storm system that has been declared to be a hurricane by the National Hurricane Center of the National Weather Service.

**2.** A hurricane occurrence:

    **a.** Begins at the time a hurricane watch or warning is issued for any part of Florida by the National Hurricane Center of the National Weather Service; and

    **b.** Ends 72 hours following the termination of the last hurricane watch or hurricane warning issued for any part of Florida by the National Hurricane Center of the National Weather Service.

**C. Calendar Year Hurricane Deductible Described**

A hurricane deductible issued by us or another insurer in our insurer group:

    **a.** Can be exhausted only once during each calendar year; and

    **b.** Applies to loss to Covered Property caused by one or more hurricanes during each calendar year.

The dollar amount of the calendar year hurricane deductible is determined by multiplying the Coverage **A** limit of liability shown in the Declarations by the percentage amount shown in the Declarations.

A minimum deductible of $500 applies.

**D.  Application of Calendar Year Hurricane Deductible**

1.  In the event of the first windstorm loss caused by a single hurricane occurrence during a calendar year, we will pay only that part of the total of all loss payable under Section I - Property Coverages that exceeds the calendar year hurricane deductible stated in the Schedule.

    No other deductible applies to loss or damage under Section I - Property coverages caused by windstorm during the hurricane.

2.  With respect to a windstorm loss caused by the second, and each subsequent, hurricane occurrence during the same calendar year, we will pay only that part of the total of all loss payble under Section I - Property Coverages that exceeds the greater of:

    a.  The remaining dollar amount of the calendar year hurricane deductible; or

    b.  The deductible that applies to fire that is in effect at the time of the loss.

        The remaining dollar amount of the calendar year hurricane deductible is determined by subtracting all previous windstorm losses caused by hurricanes during the calendar year from the calendar year hurricane deductible.

3.  If:

    a.  Covered property is insured under more than one policy issued by us or another insurer in our insurer group; and

    b.  Different hurricane deductibles apply to the same property under such policies;

    Then the hurricane deductible applicable under all such policies, used to determine the total of all loss payable under Section I - Property Coverages shall be the highest amount stated in any one of the policies.

4.  When a renewal policy is issued by us or an insurer in our insurer group, or we issue a policy that replaces one issued by us or an insurer in our insurer group, and the renewal or replacement policy takes effect on a date other than January 1st of a calendar year, the following provisions apply:

    a.  If the renewal or replacement policy provides a lower hurricane deductible than the prior policy, and you incurred loss from a hurricane under the prior policy in that same calendar year, the lower hurricane deductible will not take effect until January 1st of the following calendar year.

    b.  If the renewal or replacement policy provides a lower hurricane deductible than the prior policy and you have not incurred a hurricane loss in that same calendar year, the lower hurricane deductible will take effect on the effective date of the renewal or replacement policy.

    c.  If the renewal or replacement policy provides a higher hurricane deductible than the prior policy, the higher hurricane deductible:

        (1)  Will take effect on the effective date of the renewal or replacement policy; and

        (2)  Shall be used to calculate the remaining dollar amount of the hurricane deductible described in Paragraph **2.**

5.  We must be notified promptly of any windstorm loss caused by a hurricane occurrence so that we may consider the amount of such loss when adjusting claims for subsequent hurricane occurrences that occur during the calendar year.

**E.  Loss By Windstorm That Is Not A Declared Hurricane**

Refer to the policy declarations for the deductible that applies to windstorm loss if the circumstances of the loss described above do not apply.

All other provisions of this policy apply.

HW 03 01 05 05 (NS)          Includes Copyrighted material of Insurance of Insurance Services Office, Inc., with
                             its permission, Copyright, Insurance Services Office, Inc., 2005



THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# SENTINEL SILVER COVERAGE PACKAGE ENDORSEMENT

**For an additional premium:**

**I.    SECTION I - PROPERTY COVERAGES**

**A.    Coverage C - Personal Property**

The following paragraph is added to item **1. Covered Property:**

We cover personal property away from the "residence premises" for direct loss:

**1.**    Caused by flood, earthquake or landslide; or

**2.**    Caused by collision or upset of a transporting land vehicle or watercraft;

for no more than $1,000 per occurrence where such property is owned or used by the "insured".

**B.    Coverage C - Personal Property - Special Limits of Liability**

Items **e** and **g** in item **3. Special Limits of Liability** are deleted and replaced by the following:

**e.**    $2,500 for loss by theft of jewelry, watches, furs, precious and semiprecious stones. The limit for any one item is limited to a maximum of $1,500.

**g.**    $4,000 for loss by theft of silverware, silver-plated ware, goldware, gold-plated ware, platinumware, platinum-plated ware and pewterware. This includes flatware, hollowware, tea sets, trays and trophies made of or including silver, gold or pewter.

**C.    Coverage D - Loss Of Use - Additional Living Expense**

The following paragraph is added to item **1. Additional Living Expense:**

You will receive payment for the necessary increase in your normal living expense if:

**1.**    Your residence is made untenantable by an off premise power stoppage; and

**2.**    This power stoppage is caused by a Peril Insured Against under Coverage A, B or C.

Payment is limited by the amount shown under Coverage **D** on the Declarations page. Also, this increased coverage will not start until the "residence premises" has been untenantable for 48 hours and will continue for no more than 7 days.

The **Section I Power Failure Exclusion** does not apply to this coverage.

**D.    ADDITIONAL COVERAGES**

**4.    Fire Department Service Charge**

**Fire Department Service Charge** is deleted and replaced by the following:

We will pay up to $1,000 for your liability assumed by contract or agreement for fire department charges incurred when the fire department is called to save or protect covered property from a Peril Insured Against. We do not cover fire department service charges if the property is located within the limits of the city, municipality or protection district furnishing the fire department response.

This coverage is additional insurance. No deductible applies to this coverage.

1 of 2

HW 04 51 01 06 (FL) (NS)

The following items are added to E. ADDITIONAL COVERAGES:

13.  **Coverage for Lock Replacement**

We will pay the necessary expense incurred to replace locks or cylinders due to lost or stolen keys to the "residence premises" or covered theft of property from within the "residence premises".

The following conditions apply:

a.  The limit is $500 on all locks and cylinders for each loss;

b.  The police are notified of the stolen keys; and

c.  Locks or cylinders are replaced within 72 hours after the loss or theft is discovered.

Keys entrusted to a custodian are not considered stolen.

We do not cover locks or cylinders for any motor vehicle, motorized land vehicle, or any other building, structure, room or vault which is not part of the "residence premises."

We will pay only that part of the loss that exceeds $100. No other deductible applies to this coverage.

14.  **Coverage for Reward**

We will pay up to $1,000 to anyone providing information leading to the arrest and conviction in connection with a fire or theft loss to property covered by this policy. This coverage is additional insurance and no deductible applies to the coverage. However, the $1,000 limit is the most the Company shall pay on any one claim regardless of the number of persons providing information.

III.  **SECTION II - EXCLUSIONS**

The following sections are amended:

B.  **Watercraft Liability**

The amount of horsepower in Exclusion **B.2.c.(2)** is changed from 25 to 50.

F.  **Coverage E - Personal Liability**

Exclusion **F.3.** is deleted and replaced by the following:

3.  "Property Damage" to property rented to, occupied or used by or in the care of an "insured".

This exclusion does not apply to "property damage" caused by fire, smoke, water or explosion;

IV.  **SECTION II - ADDITIONAL COVERAGES**

C.  **Damage To Property of Others** is amended as follows:

The Limit of Liability is increased to $1,250 per occurrence.

All other provisions of this policy apply.

HW 04 51 01 06 (INS)

Includes copyrighted material of Insurance Service Office, Inc. with its permission.



# ADDITIONAL LIMITS OF LIABILITY
# FOR COVERAGES A, B, C, AND D – FLORIDA

### FORMS HO 00 02, HO 00 03 AND HO 00 05 ONLY

**(APPLIES ONLY WHEN LOSS TO THE BUILDING INSURED UNDER COVERAGE A EXCEEDS THE COVERAGE A LIMIT OF LIABILITY SHOWN IN THE DECLARATIONS)**

**\*Entry may be left blank if shown elsewhere in this policy for this coverage.**

To the extent that coverage is provided, we agree to amend the present limits of liability in accordance with the following provisions:

A. If you have:
1. Allowed us to adjust the Coverage A limit of liability and the premium in accordance with:
   a. The property evaluations we make; and
   b. Any increase in inflation; and
2. Notified us, within 30 days of completion, of any improvements, alterations or additions to the building insured under Coverage A which increase the replacement cost of the building by 5% or more;

The provisions of this endorsement will apply after a loss, provided you elect to repair or replace the damaged building.

B. If there is a loss to the building insured under Coverage A that exceeds the Coverage A limit of liability shown in the Declarations:
1. We will increase the Coverage A limit of liability to equal the current replacement cost of the building. However in no event will such increased limit exceed _____ times the Coverage A amount shown in the Declarations.
2. We will increase, by the same percentage applied to Coverage A, the limits of liability for Coverages B, C, and D. However, we will do this only if the Coverage A limit of liability is increased under Paragraph B.1. as a result of a Coverage A loss;
3. We will adjust the policy premium from the time of loss for the remainder of the policy term based on the increased limits of liability; and
4. For the purpose of settling that loss only, **Section I – Condition C. Loss Settlement,** Paragraph **2.** is replaced by the following.
   2. Buildings covered under Coverage A or B at replacement cost without deduction for depreciation. We will pay no more than the smallest of the following amounts:
      a. The replacement cost of that part of the building damaged with material of like kind and quality and for like use;
      b. The necessary amount actually spent to repair or replace the damaged building; or
      c. The limit of liability under this policy that applies to the building, increased in accordance with Paragraphs **B.1.** and **B.2.** of this endorsement.

   If the building is rebuilt at a new premises, the cost described in a. above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

   3. We will settle the loss as follows:
      a. If the Mobilehome Endorsement is not made a part of this policy, we will settle the loss as noted in this provision whether or not actual repair or replacement is complete.
      b. If the Mobilehome Endorsement is made a part of this policy:
         (1) We will pay no more than the actual cash value of the damage until actual repair or replacement is complete.
         (2) You may disregard the replacement cost loss settlement provisions and make claim under this policy for loss to buildings on an actual cash value basis. You may then make claim for any additional liability according to the provisions of this Condition **C.** Loss Settlement, provided you notify us of your intent to do so within 180 days after the date of loss.

         All other provisions of this policy apply.

HW 05 55 01 06 (NS)

Includes copyrighted material of Insurance Service Office, Inc., 1999

# CREDIT CARD, ELECTRONIC FUND TRANSFER CARD OR ACCESS DEVICE, FORGERY, AND COUNTERFEIT MONEY COVERAGE INCREASED LIMIT

**SCHEDULE\***

| SECTION I - PROPERTY COVERAGES |
| --- |
| E.   ADDITIONAL COVERAGES |
| 6.   Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery and Counterfeit Money |
| The limit of liability for this coverage is increased as noted on the Declarations page. |

|  Increase In Limit Of Liability  |  Total Limit Of Liability  |
| --- | --- |
|  |  |

All other provisions of this policy apply.

\* Entries may be left blank if shown elsewhere in this policy for this coverage.

1 of 1

HO 04 53 10 00

Includes copyrighted material of Insurance Service Office, Inc. with its permission.

# REFRIGERATED PROPERTY COVERAGE

**\*Entry may be left blank if shown elsewhere in this policy for this coverage.**

**A.  Definitions**

The following definition is added:

"Loss of power" means the complete or partial interruption of electric power due to conditions beyond an "insured's" control.

**B.  Coverage**

1.  We insure, for up to $ \_\_\_\_\* , covered property stored in freezers or refrigerators on the "residence premises" for direct loss caused by:

    a.  "Loss of power" to the refrigeration unit. "Loss of power" must be caused by damage to:

        (1)  Generating equipment; or

        (2)  Transmitting equipment; or

    b.  Mechanical failure of the unit which stores the property.

2.  Coverage will apply only if you have maintained the refrigeration unit in proper working condition immediately prior to the loss.

3.  This endorsement does not increase the limit of liability for Coverage C.

**C.  Special Deductible**

The following will replace any other deductible provision in this policy with respect to loss covered under this endorsement:

We will pay only that part of the total of all loss payable that exceeds $100. No other deductible applies to this coverage.

**D.  Exception To Power Failure Exclusion**

The Power Failure exclusion does not apply to this coverage.

All other provisions of this policy apply.

HW 04 15 06 03

Includes copyrighted material of Insurance Service Office, Inc., with its permission.

# PERSONAL PROPERTY REPLACEMENT COST
## LOSS SETTLEMENT (ALL FORMS EXCEPT HO 00 06) – FLORIDA

A.  ELIGIBLE PROPERTY
  1.  Covered losses to the following property are settled at replacement cost at the time of the loss:
      a.  Coverage **C**; and
      b.  If covered in the policy:
          (1)  Awnings, outdoor antennas and outdoor equipment; and
          (2)  Carpeting and household appliances;
          whether or not attached to buildings.
  2.  This method of loss settlement will also apply to the following articles or classes of property if they are separately described and specifically insured in this policy and not subject to agreed value loss settlement:
      a.  Jewelry;
      b.  Furs and garments:
          (1)  Trimmed with fur; or
          (2)  Consisting principally of fur;
      c.  Cameras, projection machines, films and related articles of equipment;
      d.  Musical equipment and related articles of equipment;
      e.  Silverware, silver–plated ware, goldware, gold–plated ware and pewterware, but excluding;
          (1)  Pens or pencils;
          (2)  Flasks;
          (3)  Smoking implements; or
          (4)  Jewelry; and
      f.  Golfer's equipment meaning golf clubs, golf clothing and golf equipment.
      Personal Property Replacement Cost loss settlement will not apply to other classes of property separately described and specifically insured.

B.  Ineligible Property
    Property listed below is not eligible for replacement cost loss settlement. Any loss will be settled at actual cash value at the time of loss but not more than the amount required to repair or replace.
  1.  Antiques, fine arts, paintings and similar articles of rarity or antiquity which cannot be replaced.
  2.  Memorabilia, souvenirs, collectors items and similar articles whose age or history contribute to their value.
  3.  Articles not maintained in good or workable condition.
  4.  Articles that are outdated or obsolete and are stored or not being stored.

C.  **Replacement Cost Loss Settlement Condition**
    The following loss settlement condition applies to all property described in **A.** above:
  1.  We will pay no more than the least of the following amounts:
      a.  Replacement cost at the time of loss without deduction for depreciation;
      b.  The full cost of repair at the time of loss;
      c.  The limit of liability that applies to Coverage **C**, if applicable;
      d.  Any applicable special limits of liability stated in this policy; or
      e.  For loss to any item described in **A.2.a. – f.** above, the limit of liability that applies to the item.
  2.  We will settle the loss as follows:
      a.  If the Mobilehome Endorsement is not made a part of this policy, we will settle the loss as noted in Paragraph **C.1.** above whether or not actual repair or replacement is complete.
      b.  If the Mobilehome Endorsement is made a part of this policy.
     (1).  If the cost to repair or replace the property described in **A.** above is more than $500, we will pay no more than the actual cash value for the loss until the actual repair or replacement is complete.
     (2)  You may make a claim for loss on an actual cash value basis and then make claim for any additional liability in accordance with the endorsement provided you notify us of your intent to do so within 180 days after the date of loss.

All other provisions of this policy apply.

# PERSONAL INJURY - FLORIDA

**DEFINITIONS**

The following definitions are added:

"Personal injury" means injury arising out of one or more of the following offenses, but only if the offense was committed during the policy period:

1. False arrest, detention or imprisonment;

2. Malicious prosecution;

3. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

4. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

5. Oral or written publication of material that violates a person's right of privacy.

**SECTION II - LIABILITY COVERAGES**

**A. Coverage E - Personal Liability**

The following is added to Coverage **E** – Personal Liability:

**Personal Injury Coverage**

If a claim is made or suit is brought against an "insured" for damages resulting from an offense, defined under "personal injury", to which this coverage applies, we will:

1. Pay up to our limit of liability for the damages for which an "insured" is legally liable. Damages include prejudgment interest awarded against an "insured"; and

2. Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when our limit of liability for the offense has been exhausted by payment of a judgment or settlement.

**SECTION II - EXCLUSIONS**

With respect to the coverage provided by this endorsement, **Section II - Exclusions** is deleted and replaced by the following:

This insurance does not apply to:

1. "Personal Injury":

   a. Caused by or at the direction of an "insured" with the knowledge that the act would violate the rights of another and would inflict "personal injury";

   b. Arising out of oral or written publication of material, if done by or at the direction of an "insured" with knowledge of its falsity;

   c. Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

   d. Arising out of a criminal act committed by or at the direction of an "insured";

   e. Arising out of liability assumed by an "insured" under any contract or agreement except any indemnity obligation assumed by an "insured" under a written contract directly relating to the ownership, maintenance or use of the premises;

   f. Sustained by any person as a result of an offense directly or indirectly related to the employment of this person by an "insured";

HO 24 83 05 03

g. Arising out of or in connection with a "business" conducted from an "insured location" or engaged in by an "insured", whether or not the "business" is owned or operated by an "insured" or employs an "insured". This exclusion applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the "business".

This exclusion does not apply to:

   (1) The rental or holding for rental of an "insured location":

      (a) On an occasional basis if used only as a residence;

      (b) In part for use only as a residence, unless a single family unit is intended for use by the occupying family to lodge more than two roomers or boarders; or

      (c) In part, as an office, school, studio or private garages; and

   (2) An "insured" under the age of 21 years involved in a part-time or occasional, self-employed "business" with no employees;

h. Arising out of civic or public activities performed for pay by an "insured";

i. To you or an "insured" as defined under Definition **5.a.** or **b.;**

This exclusion also applies to any claim made or suit brought against you or an "insured":

   (1) To repay; or

   (2) Share damages with; or

Another person who may be obligated to pay damages because of "personal injury" to an "insured"; or

j. Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants at any time.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

k. Arising directly or indirectly, in whole or in part, out of the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi", wet or dry rot, or bacteria.

2. Any loss, cost or expense arising out of any:

a. Request, demand or order that an "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants, "fungi", wet or dry rot, or bacteria; or

b. Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, clean up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants, "fungi", wet or dry rot, or bacteria.

## SECTION II - ADDITIONAL COVERAGES

With respect to the coverage provided by this endorsement, Paragraph **D. Loss Assessment** is deleted and replaced by the following:

D. Loss Assessment

We will pay up to $1,000 for your share of loss assessment charged against you, as an owner or tenant of the "residence premises", during the policy period by a corporation or association of property owners, when the assessment is made as a result of "personal injury" not excluded under this endorsement.

We do not cover assessments charged against you or a corporation or assocation of property owners by any governmental body.

Regardless of the number of assessments, the limit of $1,000 is the most we will pay for loss arising out of "personal injury".

**SECTION II - CONDITIONS**

With respect to the coverage provided by this endorsement, Section II – Condition I. Policy Period does not apply and Conditions **A. Limit Of Liability, B. Severability Of Insurance** and C. **Duties After "Occurrence"** are deleted and replaced by the following:

**A.   Limit Of Liability**

Our total liability under "Personal Injury" Coverage for all damages resulting from any one offense will not be more than the limit of liability shown in the Declarations for Coverage E. This limit is the same regardless of the number of "insureds", claims made or suits brought.

**B.   Severability Of Insurance**

This insurance applies separately to each "insured". This condition will not increase our limit of liability for any one offense.

**C.   Duties After Offense**

In the event of a covered offense, you or another "insured" will perform the following duties that apply. We have no duty to provide coverage under this policy if your failure to comply with the following duties is prejudicial to us. You will help us by seeing that these duties are preformed:

1.   Give written notice to us or our agent as soon as is practical, which sets forth:

a.   The identity of the policy and "named insured";

b.   Reasonably available information on the time, place and circumstances of the offense; and

c.   Names and addresses of any claimants and witnesses;

2.   Cooperate with us in the investigation, settlement or defense of any claim or suit;

3.   Promptly forward to us every notice, demand, summons or other process relating to the offense;

4.   At our request, help us:

a.   To make settlement;

b.   To enforce any right of contribution or indemnity against any person or organization who may be liable to an "insured";

c.   With the conduct of suits and attend hearings and trials; and

d.   To secure and give evidence and obtain the attendance of witnesses;

5.   No "insured" shall, except at such "insured's" own cost, voluntarily make payment, assume obligation or incur expense other than for first aid to others at the time of the "personal injury".

All other provisions of this policy apply.

Copyright, ISO Properties

**HO 24 83 05 03**



THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA
## SECTION II – LIABILITY COVERAGE
### FOR USE WITH ALL FORMS

#### SCHEDULE*

| Section II – Coverage E Aggregate Sublimit Of Liability For "Fungi", Wet Or Dry Rot, Or Bacteria | $ |
|---|---|

*Entry may be left blank if shown elsewhere in this policy for this coverage.

**SECTION II – LIABILITY**

Condition A. **Limit Of Liability** is replaced by the following:

A.  **Limit Of Liability**

Our total liability under Coverage E for all damages resulting from any one "occurrence" will not be more than the Coverage E limit of liability shown in the Declarations. This limit is the same regardless of the number of "insureds", claims–made or persons injured. All "bodily injury" and "property damage" resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions will be considered to be the result of one "occurrence."

Our total liability under Coverage F for all medical expenses payable for "bodily injury" to one person as the result of one accident will not be more than the Coverage F limit of liability shown in the Declarations.

However, out total liability under Coverage E for the total of all damages arising directly or indirectly, in whole or in part, out of the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi", wet or dry rot, or bacteria will not be more than the Section II – Coverage E Aggregate Sublimit of Liability shown in the Schedule for "Fungi", Wet Or Dry Rot, Or Bacteria. This is the most we will pay regardless of the:

1.  Number of locations insured under the policy to which this endorsement is attached;

2.  Number of persons injured;

3.  Number of persons whose property is damaged;

4.  Number of "insureds", or

5.  Number of "occurrences" or claims made.

This sublimit is within, but does not increase, the Coverage E limit of liability. It applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations.

With respect to damages arising out of "fungi", wet or dry rot, or bacteria described in **A. Limit Of Liability** of this endorsement, Condition **B. Severability Of Insurance** is deleted and replaced by the following:

B.  **Severability Of Insurance**

This insurance applies separately to each "insured" except with respect to the Aggregate Sublimit of Liability described in this endorsement under Section II – Conditions, A. Limit Of Liability. This condition will not increase the limit of liability for this coverage.

All other provisions of the policy apply.

ISO Properties, Inc., 2003



THE
HARTFORD

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ORDINANCE OR LAW

## INCREASED AMOUNT OF COVERAGE

### SCHEDULE∗

| **New Total Percentage Amount:** |
| --- |
| |

∗Entry may be left blank if shown elsewhere in this policy for this coverage.

**SECTION I – PROPERTY COVERAGES**

**ADDITIONAL COVERAGES**

**11.  Ordinance Or Law**

The total limit of liability that applies:

**a.**   To Coverage **A,** or

**b.**   For Form **HO 00 04,** to Building Additions And Alterations;

is increased from 10% to the percentage amount shown in the Schedule above.

This is Additional Coverage **10.** in Form **HO 00 06.**

All other provisions of this policy apply.

HO 04 77 10 00                                   Copyright, Insurance Services Office, Inc., 1999





# The Hartford Homeowners 3 Insurance Policy Special Form

**NOTICE!**

THIS POLICY DOES NOT COVER FLOOD LOSS OR DAMAGE

Call your Hartford Insurance Representative listed on the enclosed declarations page to obtain a flood insurance policy.

HO 00 03 10 00

## HOMEOWNERS POLICY COVER SHEET

Your Homeowners insurance policy is a legal contract between you and us.

**READ YOUR POLICY CAREFULLY.** This cover sheet provides only a brief outline of some of the important features of your policy. This is not the insurance contract and only the actual policy provisions will control. The policy itself sets forths in detail the rights and obligations of both you and your insurance company. **IT IS THEREFORE IMPORTANT THAT YOU READ YOUR POLICY.**

The following is an index of major provisions of your policy. Page numbers refer to the location of these provisions in the policy. Amendatory endorsements may be attached to your policy to modify these provisions or provide you with additional coverage(s).

### INDEX OF MAJOR
### PROVISIONS OF THE POLICY

Beginning
On Page

| | | | |
|---|---|---|---|
| **DECLARATION PAGE** | Your Name | Coverages | |
| | Location of Your Residence | Amount of Insurance | |
| | Policy Period | Deductible | |

**AGREEMENT**.................................................................................................................... 1

**DEFINITIONS**.................................................................................................................... 1

**SECTION I - PROPERTY COVERAGES**.................................................................................. 3

| | |
|---|---|
| Property Coverages | Credit Card |
| Loss of Us | Loss Assessment |
| Additional Coverages | Collapse |
| Debris Removal | Glass or Safety Glazing Material |
| Reasonable Pair or Set | Landlord's Furnishings |
| Trees Shrubs and Other Plants | Ordinance or Law |
| Fire Department Service Charge | Grave Markers |
| Property Removed | |

**SECTION I - PERILS INSURED AGAINST**................................................................................ 8

**SECTION I - EXCLUSIONS**.................................................................................................. 11

**SECTION I - CONDITIONS**.................................................................................................. 12

| | |
|---|---|
| Insurable Interest | Abandonment of Property |
| Duties after a Loss | Mortgage Clause |
| Loss Settlement | No Benefit to Bailee |
| Loss to a Repair or Set | Nuclear Hazard Clause |
| Appraisal | Recovered Property |
| Other Insurance and Service | Volcanic Eruption Period |
|    Agreement | Concealment of Fraud |
| Suit Against Us | Loss Payable Clause |
| Loss Payment | |

**SECTION II - LIABILITY COVERAGES**.................................................................................. 16

| |
|---|
| Personal Liability |
| Medical Payments to Others |

SECTION II - EXCLUSIONS..................................................................................................................... 16

SECTION II - ADDITIONAL COVERAGES............................................................................................... 20

      Claim Expenses                           Damage of Property of Others
      First Aid Expenses                      Loss Assessment

SECTION II - CONDITIONS......................................................................................................................... 21

      Limit of Liability                           Suit Against Us
      Severability of Insurance           Bankruptcy of an Insured
      Duties After Occurrence            Other Insurance
      Duties of an Injured Person        Policy Period
      Payment of Claim                   Concealment or Fraud

SECTIONS I & II - CONDITIONS................................................................................................................... 22

      Liberalization Clause                 Non-Renewal
      Waiver or Changes of Policy       Assignment
      Provisions                       Subrogation
      Cancellation                   Death

## HOMEOWNERS 3 - SPECIAL FORM

### AGREEMENT

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

### DEFINITIONS

A.  In this policy, "you" and "your" refer to the "named insured" shown in the Declarations and the spouse if a resident of the same household. "We", "us" and "our" refer to the Company providing this insurance.

B.  In addition, certain words and phrases are defined as follows:

1.  "Aircraft Liability", "Hovercraft Liability", "Motor Vehicle Liability" and "Watercraft Liability", subject to the provisions in **b.** below, mean the following:

    a.  Liability for "bodily injury" or "property damage" arising out of the:

        (1)  Ownership of such vehicle or craft by an "insured";

        (2)  Maintenance, occupancy, operation, use, loading or unloading of such vehicle or craft by any person;

        (3)  Entrustment of such vehicle or craft by an "insured" to any person;

        (4)  Failure to supervise or negligent supervision of any person involving such vehicle or craft by an "insured"; or

        (5)  Vicarious liability, whether or not imposed by law, for the actions of a child or minor involving such vehicle or craft.

    b.  For the purpose of this definition:

        (1)  Aircraft means any contrivance used or designed for flight except model or hobby aircraft not used or designed to carry people or cargo;

        (2)  Hovercraft means a self-propelled motorized ground effect vehicle and includes, but is not limited to, flarecraft and air cushion vehicles;

        (3)  Watercraft means a craft principally designed to be propelled on or in water by wind, engine power or electric motor; and

        (4)  Motor vehicle means a "motor vehicle" as defined in **7.** below.

2.  "Bodily injury" means bodily harm, sickness or disease, including required care, loss of services and death that results.

3.  "Business" means:

    a.  A trade, profession or occupation engaged in on a full-time, part-time or occasional basis; or

    b.  Any other activity engaged in for money or other compensation, except the following:

        (1)  One or more activities, not described in **(2)** through **(4)** below, for which no "insured" receives more than $2,000 in total compensation for the 12 months before the beginning of the policy period;

        (2)  Volunteer activities for which no money is received other than payment for expenses incurred to perform the activity;

        (3)  Providing home day care services for which no compensation is received, other than the mutual exchange of such services; or

        (4)  The rendering of home day care services to a relative of an "insured".

4.  "Employee" means an employee of an "insured", or an employee leased to an "insured" by a labor leasing firm under an agreement between an "insured" and the labor leasing firm, whose duties are other than those performed by a "residence employee".

5.  "Insured" means:

    a.  You and residents of your household who are:

        (1)  Your relatives; or

        (2)  Other persons under the age of 21 and in the of any person named above;

    b.  A student enrolled in school full time, as defined by the school, who was a resident of your household before moving out to attend school, provided the student is under the age of:

        (1)  24 and your relative; or

        (2)  21 and in your care or the care of a person described in a.**(1)** above; or

    c.  Under Section II:

(1) With respect to animals or watercraft to which this policy applies, any person or organization legally responsible for these animals or watercraft which are owned by you or any person included in **a.** or **b.** above. "Insured" does not mean a person or organization using or having custody of these animals or watercraft in the course of any "business" or without consent of the owner; or

(2) With respect to a "motor vehicle" to which this policy applies:

(a) Persons while engaged in your employ or that of any person included in **a.** or **b.** above; or

(b) Other persons using the vehicle on an "insured location" with your consent.

Under both Sections I and II, when the word an immediately precedes the word "insured", the words an "insured" together mean one or more "insureds".

6.  "Insured location" means:

a.  The "residence premises";

b.  The part of other premises, other structures and grounds used by you as a residence; and

(1) Which is shown in the Declarations; or

(2) Which is acquired by you during the policy period for your use as a residence;

c.  Any premises used by you in connection with a premises described in **a.** and **b.** above;

d.  Any part of a premises:

(1) Not owned by an "insured"; and

(2) Where an "insured" is temporarily residing;

e.  Vacant land, other than farm land, owned by or rented to an "insured";

f.  Land owned by or rented to an "insured" on which a one, two, three or four family dwelling is being built as a residence for an "insured";

g.  Individual or family cemetery plots or burial vaults of an "insured"; or

h.  Any part of a premises occasionally rented to an "insured" for other than "business" use.

7.  "Motor vehicle" means:

a.  A self-propelled land or amphibious vehicle; or

b.  Any trailer or semitrailer which is being carried on, towed by or hitched for towing by a vehicle described in a. above.

8.  "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results, during the policy period, in:

a.  "Bodily injury"; or

b.  "Property damage".

9.  "Property damage" means physical injury to, destruction of, or loss of use of tangible property.

10.  "Residence employee" means:

a.  An employee of an "insured", or an employee leased to an "insured" by a labor leasing firm, under an agreement between an "insured" and the labor leasing firm, whose duties are related to the maintenance or use of the "residence premises", including household or domestic services; or

b.  One who performs similar duties elsewhere not related to the "business" of an "insured".

A "residence employee" does not include a temporary employee who is furnished to an "insured" to substitute for a permanent "residence employee" on leave or to meet seasonal or short-term workload conditions.

11.  "Residence premises" means:

a.  The one family dwelling where you reside;

b.  The two, three or four family dwelling where you reside in at least one of the family units; or

c.  That part of any other building where you reside;

and which is shown as the "residence premises" in the Declarations.

"Residence premises" also includes other structures and grounds at that location.

## DEDUCTIBLE

Unless otherwise noted in this policy, the following deductible provision applies:

Subject to the policy limits that apply, we will pay only that part of the total of all loss payable under Section I that exceeds the deductible amount shown in the Declarations.

---

## SECTION I - PROPERTY COVERAGES

**A.  Coverage A - Dwelling**

  **1.**  We Cover:

    **a.**  The dwelling on the "residence premises" shown in the Declarations, including structures attached to the dwelling; and

    **b.**  Materials and supplies located on or next to the "residence premises" used to construct, alter or repair the dwelling or other structures on the "residence premises".

  **2.**  We do not cover land, including land on which the dwelling is located.

**B.  Coverage B - Other Structures**

  **1.**  We cover other structures on the "residence premises" set apart from the dwelling by clear space. This includes structures connected to the dwelling by only a fence, utility line, or similar connection.

  **2.**  We do not cover:

    **a.**  Land, including land on which the other structures are located;

    **b.**  Other structures rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage;

    **c.**  Other structures from which any "business" is conducted; or

    **d.**  Other structures used to store "business" property. However, we do cover a structure that contains "business" property solely owned by an "insured" or a tenant of the dwelling provided that "business" property does not include gaseous or liquid fuel, other than fuel in a permanently installed fuel tank of a vehicle or craft parked or stored in the structure.

  **3.**  The limit of liability for this coverage will not be more than 10% of the limit of liability that applies to Coverage **A**. Use of this coverage does not reduce the Coverage **A** limit of liability.

**C.  Coverage C - Personal Property**

  **1.  Covered Property**

  We cover personal property owned or used by an "insured" while it is anywhere in the world. After a loss and at your request, we will cover personal property owned by:

    **a.**  Others while the property is on the part of the "residence premises" occupied by an "insured"; or

    **b.**  A guest or a "residence employee", while the property is in any residence occupied by an "insured".

  **2.  Limit For Property At Other Residences**

  Our limit of liability for personal property usually located at an "insured's" residence, other than the "residence premises", is 10% of the limit of liability for Coverage **C**, or $1,000, whichever is greater. However, this limitation does not apply to personal property:

    **a.**  Moved from the "residence premises" because it is being repaired, renovated or rebuilt and is not fit to live in or store property in; or

    **b.**  In a newly acquired principal residence for 30 days from the time you begin to move the property there.

  **3.  Special Limits Of Liability**

  The special limit for each category shown below is the total limit for each loss for all property in that category. These special limits do not increase the Coverage **C** limit of liability.

    **a.**  $200 on money, bank notes, bullion, gold other than goldware, silver other than silverware, platinum other than platinumware, coins, medals, scrip, stored value cards and smart cards.

    **b.**  $1,500 on securities, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, personal records, passports, tickets and stamps. This dollar limit applies to these categories regardless of the medium (such as paper or computer software) on which the material exists.

    This limit includes the cost to research, replace or restore the information from the lost or damaged material.

    **c.**  $1,500 on watercraft of all types, including their trailers, furnishings, equipment and outboard engines or motors.

    **d.**  $1,500 on trailers or semitrailers not used with watercraft of all types.

    **e.**  $1,500 for loss by theft of jewelry, watches, furs, precious and semiprecious stones.

    **f.**  $2,500 for loss by theft of firearms and related equipment.

    **g.**  $2,500 for loss by theft of silverware, silver-plated ware, goldware, gold-plated ware, platinumware, platinum-plated ware and pewterware. This includes flatware, hollowware, tea sets, trays and trophies made of or including silver, gold or pewter.

h. $2,500 on property, on the "residence premises", used primarily for "business" purposes.

i. $500 on property, away from the "residence premises", used primarily for "business" purposes. However, this limit does not apply to loss to electronic apparatus and other property described in Categories **j.** and **k.** below.

j. $1,500 on electronic apparatus and accessories, while in or upon a "motor vehicle", but only if the apparatus is equipped to be operated by power from the "motor vehicle's" electrical system while still capable of being operated by other power sources.

Accessories include antennas, tapes, wires, records, discs or other media that can be used with any apparatus described in this Category **j.**

k. $1,500 on electronic apparatus and accessories used primarily for "business" while away from the "residence premises" and not in or upon a "motor vehicle". The apparatus must be equipped to be operated by power from the "motor vehicle's" electrical system while still capable of being operated by other power sources.

Accessories include antennas, tapes, wires, records, discs or other media that can be used with any apparatus described in this Category **k.**

4. **Property Not Covered**

We do not cover:

a. Articles separately described and specifically insured, regardless of the limit for which they are insured, in this or other insurance;

b. Animals, birds or fish;

c. "Motor vehicles".

    (1) This includes:

        **(a)** Their accessories, equipment and parts; or

        **(b)** Electronic apparatus and accessories designed to be operated solely by power from the electrical system of the "motor vehicle". Accessories include antennas, tapes, wires, records, discs or other media that can be used with any apparatus described above.

    The exclusion of property described in **(a)** and **(b)** above applies only while such property is in or upon the "motor vehicle".

    (2) We do cover "motor vehicles" not required to be registered for use on public roads or property which are:

        **(a)** Used solely to service an "insured's" residence; or

        **(b)** Designed to assist the handicapped;

d. Aircraft meaning any contrivance used or designed for flight including any parts whether or not attached to the aircraft.

We do cover model or hobby aircraft not used or designed to carry people or cargo;

e. Hovercraft and parts. Hovercraft means a self-propelled motorized ground effect vehicle and includes, but is not limited to, flarecraft and air cushion vehicles;

f. Property of roomers, boarders and other tenants, except property of roomers and boarders related to an "insured";

g. Property in an apartment regularly rented or held for rental to others by an "insured", except as provided in **E.10.** Landlord's Furnishings under Section I - Property Coverages;

h. Property rented or held for rental to others off the "residence premises";

i. "Business" data, including such data stored in:

    (1) Books of account, drawings or other paper records; or

    (2) Computers and related equipment.

We do cover the cost of blank recording or storage media, and of prerecorded computer programs available on the retail market;

j. Credit cards, electronic fund transfer cards or access devices used solely for deposit, withdrawal or transfer of funds except as provided in **E.6.** Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money under Section I - Property Coverages; or

k. Water or steam.

**D.   Coverage D - Loss Of Use**

The limit of liability for Coverage D is the total limit for the coverages in **1.** Additional Living Expense, **2.** Fair Rental Value and **3.** Civil Authority Prohibits Use below.

**1.    Additional Living Expense**

If a loss covered under Section I makes that part of the "residence premises" where you reside not fit to live in, we cover any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

Payment will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle elsewhere.

**2.    Fair Rental Value**

If a loss covered under Section I makes that part of the "residence premises" rented to others or held for rental by you not fit to live in, we cover the fair rental value of such premises less any expenses that do not continue while it is not fit to live in.

Payment will be for the shortest time required to repair or replace such premises.

**3.    Civil Authority Prohibits Use**

If a civil authority prohibits you from use of the "residence premises" as a result of direct damage to neighboring premises by a Peril Insured Against, we cover the loss as provided in **1.** Additional Living Expense and **2.** Fair Rental Value above for no more than two weeks.

**4.    Loss Or Expense Not Covered**

We do not cover loss or expense due to cancellation of a lease or agreement.

The periods of time under **1.** Additional Living Expense, **2.** Fair Rental Value and **3.** Civil Authority Prohibits Use above are not limited by expiration of this policy.

**E.   Additional Coverages**

**1.    Debris Removal**

   **a.    **We will pay your reasonable expense for the removal of:

   **(1)**   Debris of covered property if a Peril Insured Against that applies to the damaged property causes the loss; or

   **(2)**   Ash, dust or particles from a volcanic eruption that has caused direct loss to a building or property contained in a building.

   This expense is included in the limit of liability that applies to the damaged property. If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional 5% of that limit is available for such expense.

   **b.    **We will also pay your reasonable expense, up to $1,000, for the removal from the "residence premises" of:

   **(1)**   Your tree(s) felled by the peril of Windstorm or Hail or Weight of Ice, Snow or Sleet; or

   **(2)**   A neighbor's tree(s) felled by a Peril Insured Against under Coverage **C**;

   provided the tree(s)

   **(3)**   Damage(s) a covered structure; or

   **(4)**   Does not damage a covered structure, but:

      **(a)**   Block(s) a driveway on the "residence premises" which prevent(s) a "motor vehicle", that is registered for use on public roads or property, from entering or leaving the "residence premises"; or

      **(b)**   Block(s) a ramp or other fixture designed to assist a handicapped person to enter or leave the dwelling building.

   The $1,000 limit is the most we will pay in any one loss regardless of the number of fallen trees. No more than $500 of this limit will be paid for the removal of any one tree.

   This coverage is additional insurance.

**2.    Reasonable Repairs**

   **a.    **We will pay the reasonable cost incurred by you for the necessary measures taken solely to protect covered property that is damaged by a Peril Insured Against from further damage.

   **b.    **If the measures taken involve repair to other damaged property, we will only pay if that property is covered under this policy and the damage is caused by a Peril Insured Against. This coverage does not:

   **(1)**   Increase the limit of liability that applies to the covered property; or

      (2)  Relieve you of your duties, in case of a loss to covered property, described in **B.4.** under Section 1 - Conditions.

3.   **Trees, Shrubs And Other Plants**

We cover trees, shrubs, plants or lawns, on the "residence premises", for loss caused by the following Perils insured Against:

a.   Fire or Lightning;

b.   Explosion;

c.   Riot or Civil Commotion;

d.   Aircraft;

e.   Vehicles not owned or operated by a resident of the "residence premises";

f.   Vandalism or Malicious Mischief; or

g.   Theft.

We will pay up to 5% of the limit of liability that applies to the dwelling for all trees, shrubs, plants or lawns. No more than $500 of this limit will be paid for any one tree, shrub or plant. We do not cover property grown for "business" purposes.

This coverage is additional insurance.

4.   **Fire Department Service Charge**

We will pay up to $500 for your liability assumed by contract or agreement for fire department charges incurred when the fire department is called to save or protect covered property from a Peril Insured Against. We do not cover fire department service charges if the property is located within the limits of the city, municipality or protection district furnishing the fire department response.

This coverage is additional insurance. No deductible applies to this coverage.

5.   **Property Removed**

We insure covered property against direct loss from any cause while being removed from a premises endangered by a Peril Insured Against and for no more than 30 days while removed.

This coverage does not change the limit of liability that applies to the property being removed.

6.   **Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money**

a.   We will pay up to $500 for:

    (1)  The legal obligation of an "insured" to pay because of the theft or unauthorized use of credit cards issued to or registered in an "insured's" name;

    (2)  Loss resulting from theft or unauthorized use of an electronic fund transfer card or access device used for deposit, withdrawal or transfer of funds, issued to or registered in an "insured's" name;

    (3)  Loss to an "insured" caused by forgery or alteration of any check or negotiable instrument; and

    (4)  Loss to an "insured" through acceptance in good faith of counterfeit United States or Canadian paper currency.

All loss resulting from a series of acts committed by any one person or in which any one person is concerned or implicated is considered to be one loss.

This coverage is additional insurance. No deductible applies to this coverage.

b.   We do not cover:

    (1)  Use of a credit card, electronic fund transfer card or access device:

       (a)  By a resident of your household;

       (b)  By a person who has been entrusted with either type of card or access device; or

       (c)  If an "insured" has not complied with all terms and conditions under which the cards are issued or the devices accessed; or

    (2)  Loss arising out of "business" use or dishonesty of an "insured".

c.   If the coverage in a. above applies, the following defense provisions also apply:

    (1)  We may investigate and settle any claim or suit that we decide is appropriate. Our duty to defend a claim or suit ends when the amount we pay for the loss equals our limit of liability.

    (2)  If a suit is brought against an "insured" for liability under **a.(1)** or **(2)** above, we will provide a defense at our expense by counsel of our choice.

    (3)  We have the option to defend at our expense an "insured" or an "insured's" bank against any suit for the enforcement of payment under **a.(3)** above.

7. **Loss Assessment**
   a. We will pay up to $1,000 for your share of loss assessment charged during the policy period against you, as owner or tenant of the "residence premises", by a corporation or association of property owners. The assessment must be made as a result of direct loss to property, owned by all members collectively, of the type that would be covered by this policy if owned by you, caused by a Peril Insured Against under Coverage **A**, other than:
      **(1)** Earthquake; or
      **(2)** Land shock waves or tremors before, during or after a volcanic eruption.
      The limit of $1,000 is the most we will pay with respect to any one loss, regardless of the number of assessments. We will only apply one deductible, per unit, to the total amount of any one loss to the property described above, regardless of the number of assessments.
   b. We do not cover assessments charged against you or a corporation or association of property owners by any governmental body.
   c. Paragraph **P.** Policy Period under Section **I** - Conditions does not apply to this coverage.
   This coverage is additional insurance.
8. **Collapse**
   a. With respect to this Additional Coverage:
      **(1)** Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its current intended purpose.
      **(2)** A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse.
      **(3)** A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building.
      **(4)** A building or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage, or expansion.
   b. We insure for direct physical loss to covered property involving collapse of a building or any part of a building if the collapse was caused by one or more of the following:
      **(1)** The Perils Insured Against named under Coverage **C**;
      **(2)** Decay that is hidden from view, unless the presence of such decay is known to an "insured" prior to collapse;
      **(3)** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an "insured" prior to collapse;
      **(4)** Weight of contents, equipment, animals or people;
      **(5)** Weight of rain which collects on a roof; or
      **(6)** Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.
   c. Loss to an awning, fence, patio, deck, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under **b.(2)** through **(6)** above, unless the loss is a direct result of the collapse of a building or any part of a building.
   d. This coverage does not increase the limit of liability that applies to the damaged covered property.
9. **Glass Or Safety Glazing Material**
   a. We cover:
      **(1)** The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window;
      **(2)** The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window when caused directly by earth movement; and
      **(3)** The direct physical loss to covered property caused solely by the pieces, fragments or splinters of broken glass or safety glazing material which is part of a building, storm door or storm window.
   b. This coverage does not include loss:
      **(1)** To covered property which results because the glass or safety glazing material has been broken, except as provided. in **a.(3)** above; or

(2) On the "residence premises" if the dwelling has been vacant for more than 60 consecutive days immediately before the loss, except when the breakage results directly from earth movement as provided in **a.(2)** above. A dwelling being constructed is not considered vacant.

c. This coverage does not increase the limit of liability that applies to the damaged property.

10. **Landlord's Furnishings**

We will pay up to $2,500 for your appliances, carpeting and other household furnishings, in each apartment on the "residence premises" regularly rented or held for rental to others by an "insured", for loss caused by a Peril Insured Against in Coverage **C**, other than Theft.

This limit is the most we will pay in any one loss regardless of the number of appliances, carpeting or other household furnishings involved in the loss.

This coverage does not increase the limit of liability applying to the damaged property.

11. **Ordinance Or Law**

a. You may use up to 10% of the limit of liability that applies to Coverage **A** for the increased costs you incur due to the enforcement of any ordinance or law which requires or regulates:

(1) The construction, demolition, remodeling, renovation or repair of that part of a covered building or other structure damaged by a Peril Insured Against;

(2) The demolition and reconstruction of the undamaged part of a covered building or other structure, when that building or other structure must be totally demolished because of damage by a Peril Insured Against to another part of that covered building or other structure; or

(3) The remodeling, removal or replacement of the portion of the undamaged part of a covered building or other structure necessary to complete the remodeling, repair or replacement of that part of the covered building or other structure damaged by a Peril Insured Against.

b. You may use all or part of this ordinance or law coverage to pay for the increased costs you incur to remove debris resulting from the construction, demolition, remodeling, renovation, repair or replacement of property as stated in **a.** above.

c. We do not cover:

(1) The loss in value to any covered building or other structure due to the requirements of any ordinance or law; or

(2) The costs to comply with any ordinance or law which requires any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants in or on any covered building or other structure.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This coverage is additional insurance.

12. **Grave Markers**

We will pay up to $5,000 for grave markers, including mausoleums, on or away from the "residence premises" for loss caused by a Peril Insured Against under Coverage **C**.

This coverage does not increase the limits of liability that apply to the damaged covered property.

---

## SECTION I - PERILS INSURED AGAINST

A. **Coverage A - Dwelling And Coverage B - Other Structures**

1. We insure against risk of direct physical loss to property described in Coverages **A** and **B**.

2. We do not insure, however, for loss:

a. Excluded under Section I - Exclusions;

b. Involving collapse, except as provided in **E.8.** Collapse under Section I - Property Coverages; or

c. Caused by:

(1) Freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing. This provision does not apply if you have used reasonable care to:

(a) Maintain heat in the building; or

(b) Shut off the water supply and drain all systems and appliances of water.

However, if the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

For purposes of this provision a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment;

**(2)** Freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:

    **(a)** Fence, pavement, patio or swimming pool;

    **(b)** Footing, foundation, bulkhead, wall, or any other structure or device that supports all or part of a building, or other structure;

    **(c)** Retaining wall or bulkhead that does not support all or part of a building or other structure; or

    **(d)** Pier, wharf or dock;

**(3)** Theft in or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;

**(4)** Vandalism and malicious mischief, and any ensuing loss caused by any intentional and wrongful act committed in the course of the vandalism or malicious mischief, if the dwelling has been vacant for more than 60 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant;

**(5)** Mold, fungus or wet rot. However, we do insure for loss caused by mold, fungus or wet rot that is hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure if such loss results from the accidental discharge or overflow of water or steam from within:

    **(a)** A plumbing, heating, air conditioning or automatic fire protective sprinkler system, or a household appliance, on the "residence premises"; or

    **(b)** A storm drain, or water, steam or sewer pipes, off the "residence premises".

For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment; or

**(6)** Any of the following:

    **(a)** Wear and tear, marring, deterioration;

    **(b)** Mechanical breakdown, latent defect, inherent vice, or any quality in property that causes it to damage or destroy itself;

    **(c)** Smog, rust or other corrosion, or dry rot;

    **(d)** Smoke from agricultural smudging or industrial operations;

    **(e)** Discharge, dispersal, seepage, migration, release or escape of pollutants unless the discharge, dispersal, seepage, migration, release or escape is itself caused by a Peril Insured Against named under Coverage **C**.

    Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed;

    **(f)** Settling, shrinking, bulging or expansion, including resultant cracking, of bulkheads, pavements, patios, footings, foundations, walls, floors, roofs or ceilings;

    **(g)** Birds, vermin, rodents, or insects; or

    **(h)** Animals owned or kept by an "insured".

**Exception To c.(6)**

Unless the loss is otherwise excluded, we cover loss to property covered under Coverage A or B resulting from an accidental discharge or overflow of water or steam from within a:

    **(i)** Storm drain, or water, steam or sewer pipe, off the "residence premises"; or

    **(ii)** Plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance on the "residence premises". This includes the cost to tear out and replace any part of a building, or other structure, on the "residence premises", but only when necessary to repair the system or appliance. However, such tear out and replacement coverage only applies to other structures if the water or steam causes actual damage to the building on the "residence premises".

We do not cover loss to the system or appliance from which this water or steam escaped.

For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, down spout or similar fixtures or equipment.

Section I - Exclusion **A.3.** Water Damage, Paragraphs **a.** and **c.** that apply to surface water and water below the surface of the ground do not apply to loss by water covered under **c.(5)** and **(6)** above.

Under **2.b.** and **c.** above, any ensuing loss to property described in Coverages **A** and **B** not precluded by any other provision in this policy is covered.

B. **Coverage C – Personal Property**

We insure for direct physical loss to the property described in Coverages **C** caused by any of the following perils unless the loss is excluded in Section I – Exclusions

1. **Fire Or Lightning**

2. **Windstorm Or Hail**

   This peril includes loss to watercraft of all types and their trailers, furnishings, equipment, and outboard engines or motors, only while inside a fully enclosed building.

   This peril does not include loss to the property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening.

3. **Explosion**

4. **Riot Or Civil Commotion**

5. **Aircraft**

   This peril includes self-propelled missiles and spacecraft.

6. **Vehicles**

7. **Smoke**

   This peril means sudden and accidental damage from smoke, including the emission or puffback of smoke, soot, fumes or vapors from a boiler, furnace or related equipment.

   This peril does not include loss caused by smoke from agricultural smudging or industrial operations.

8. **Vandalism Or Malicious Mischief**

9. **Theft**

   a. This peril includes attempted theft and loss of property from a known place when it is likely that the property has been stolen.

   b. This peril does not include loss caused by theft:

      (1) Committed by an "insured";

      (2) In or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;

      (3) From that part of a "residence premises" rented by an "insured" to someone other than another "insured"; or

      (4) That occurs off the "residence premises" of:

      (a) Trailers, semitrailers and campers;

      (b) Watercraft of all types, and their furnishings, equipment and outboard engines or motors; or

      (c) Property while at any other residence owned by, rented to, or occupied by an "insured", except while an "insured" is temporarily living there. Property of an "insured" who is a student is covered while at the residence the student occupies to attend school as long as the student has been there at any time during the 60 days immediately before the loss.

10. **Falling Objects**

    This peril does not include loss to property contained in a building unless the roof or an outside wall of the building is first damaged by a falling object. Damage to the falling object itself is not included.

11. **Weight Of Ice, Snow Or Sleet**

    This peril means weight of ice, snow or sleet which causes damage to property contained in a building.

12. **Accidental Discharge Or Overflow Of Water Or Steam**

    a. This peril means accidental discharge or overflow of water or steam from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.

    b. This peril does not include loss:

       (1) To the system or appliance from which the water or steam escaped;

       (2) Caused by or resulting from freezing except as provided in Peril Insured Against **14.** Freezing;

       (3) On the "residence premises" caused by accidental discharge or overflow which occurs off the "residence premises"; or

      **(4)** Caused by mold, fungus or wet rot unless hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure.

  **c.** In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

  **d.** Section I - Exclusion **A.3.** Water Damage, Paragraphs **a.** and **c,** that apply to surface water and water below the surface of the ground do not apply to loss by water covered under this peril.

**13. Sudden And Accidental Tearing Apart, Cracking, Burning Or Bulging**

This peril means sudden and accidental tearing apart, cracking, burning or bulging of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water.

We do not cover loss caused by or resulting from freezing under this peril.

**14. Freezing**

  **a.** This peril means freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance but only if you have used reasonable care to:

      **(1)** Maintain heat in the building; or

      **(2)** Shut off the water supply and drain all system and appliance of water.

However, if the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

  **b.** In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

**15. Sudden And Accidental Damage From Artificially Generated Electrical Current**

The peril does not include loss to tubes, transistors, electronic components or circuitry that is a part of appliances, fixtures, computers, home entertainment units or other types of electronic apparatus.

**16. Volcanic Eruption**

This peril does not include loss cause by earthquake, land shock waves or tremors.

---

## SECTION I - EXCLUSIONS

**A.** We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

**1. Ordinance Or Law**

Ordinance Or Law means any ordinance or law:

  **a.** Requiring or regulating the construction, demolition, remodeling, renovation or repair of property, including removal of any resulting debris. This Exclusion **A.1.a.** does not apply to the amount of coverage that may be provided for in **E.11.** Ordinance Or Law under Section I - Property Coverages;

  **b.** The requirements of which result in a loss in value to property; or

  **c.** Requiring any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This Exclusion **A.1.** applies whether or not the property has been physically damaged.

**2. Earth Movement**

Earth Movement means:

  **a.** Earthquake, including land shock waves or tremors before, during or after a volcanic eruption;

  **b.** Landslide, mudslide or mudflow;

  **c.** Subsidence or sinkhole; or

caused by or resulting from human or animal forces or any act of nature unless direct loss by fire or explosion ensues and then we will pay only for the ensuing loss.

This Exclusion **A.2.** does not apply to loss by theft.

**3. Water Damage**

Water Damage means:

    a.   Flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;

    b.   Water or water-borne material which backs up through sewers or drains or which overflows or is discharged from a sump, sump pump or related equipment; or

    c.   Water or water-borne material below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure;

caused by or resulting from human or animal forces or any act of nature.

Direct loss by fire, explosion or theft resulting from water damage is covered.

4.   **Power Failure**

Power Failure means the failure of power or other utility service if the failure takes place off the "residence premises". But if the failure results in a loss, from a Peril Insured Against on the "residence premises", we will pay for the loss caused by that peril.

5.   **Neglect**

Neglect means neglect of an "insured" to use all reasonable means to save and preserve property at and after the time of a loss.

6.   **War**

War includes the following and any consequence of any of the following:

    a.   Undeclared war, civil war, insurrection, rebellion or revolution;

    b.   Warlike act by a military force or military personnel; or

    c.   Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

7.   **Nuclear Hazard**

This Exclusion **A.7.** pertains to Nuclear Hazard to the extent set forth in **M.** Nuclear Hazard Clause under Section I - Conditions.

8.   **Intentional Loss**

Intentional Loss means any loss arising out of any act an "insured" commits or conspires to commit with the intent to cause a loss.

In the event of such loss, no "insured" is entitled to coverage, even "insureds" who did not commit' or conspire to commit the act causing the loss.

9.   **Governmental Action**

Governmental Action means the destruction, confiscation or seizure of property described in Coverage **A, B** or C by order of any governmental or public authority.

This exclusion does not apply to such acts ordered by any governmental or public authority that are taken at the time of a fire to prevent its spread, if the loss caused by fire would be covered under this policy.

**B.**   We do not insure for loss to property described in Coverages **A** and **B** caused by any of the following. However, any ensuing loss to property described in Coverages **A** and **B** not precluded by any other provision in this policy is covered.

1.   Weather conditions. However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in **A.** above to produce the loss.

2.   Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

3.   Faulty, inadequate or defective:

    a.   Planning, zoning, development, surveying, siting;

    b.   Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

    c.   Materials used in repair, construction, renovation or remodeling; Or

    d.   Maintenance;

of part or all of any property whether on or off the "residence premises".

## SECTION I - CONDITIONS

**A.**   **Insurable Interest And Limit Of Liability**

Even if more than one person has an insurable interest in the property covered, we will not be liable in any one loss:

1.   To an "insured" for more than the amount of such "insured's" interest at the time of loss; or

    **2.** For more than the applicable limit of liability.

**B. Duties After Loss**

In case of a loss to covered property, we have no duty to provide coverage under this policy if the failure to comply with the following duties is prejudicial to us. These duties must be performed either by you, an "insured" seeking coverage, or a representative of either:

**1.** Give prompt notice to us or our agent;

**2.** Notify the police in case of loss by theft;

**3.** Notify the credit card or electronic fund transfer card or access device company in case of loss as provided for in **E.6.** Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money under Section I - Property Coverages;

**4.** Protect the property from further damage. If repairs to the property are required, you must:

    **a.** Make reasonable and necessary repairs to protect the property; and

    **b.** Keep an accurate record of repair expenses;

**5.** Cooperate with us in the investigation of a claim;

**6.** Prepare an inventory of damaged personal property showing the quantity, description, actual cash value and amount of loss. Attach all bills, receipts and related documents that justify the figures in the inventory;

**7.** As often as we reasonably require:

    **a.** Show the damaged property;

    **b.** Provide us with records and documents we request and permit us to make copies; and

    **c.** Submit to examination under oath, while not in the presence of another "insured", and sign the same;

**8.** Send to us, within 60 days after our request, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:

    **a.** The time and cause of loss;

    **b.** The interests of all "insureds" and all others in the property involved and all liens on the property;

    **c.** Other insurance which may cover the loss;

    **d.** Changes in title or occupancy of the property during the term of the policy;

    **e.** Specifications of damaged buildings and detailed repair estimates;

    **f.** The inventory of damaged personal property described in **6.** above;

    **g.** Receipts for additional living expenses incurred and records that support the fair rental value loss; and

    **h.** Evidence or affidavit that supports a claim under **E.6.** Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money under Section I - Property Coverages, stating the amount and cause of loss.

**C. Loss Settlement**

In this Condition **C.**, the terms "cost to repair or replace" and "replacement cost" do not include the increased costs incurred to comply with the enforcement of any ordinance or law, except to the extent that coverage for these increased costs is provided in **E.11.** Ordinance Or Law under Section I - Property Coverages. Covered property losses are settled as follows:

**1.** Property of the following types:

    **a.** Personal property;

    **b.** Awnings, carpeting, household appliances, outdoor antennas and outdoor equipment, whether or not attached to buildings;

    **c.** Structures that are not buildings; and

    **d.** Grave markers, including mausoleums;

at actual cash value at the time of loss but not more than the amount required to repair or replace.

**2.** Buildings covered under Coverage **A** or **B** at replacement cost without deduction for depreciation, subject to the following:

    **a.** If, at the time of loss, the amount of insurance in this policy on the damaged building is 80% or more of the full replacement cost of the building immediately before the loss, we will pay the cost to repair or replace, after application of any deductible and without deduction for depreciation, but not more than the least of the following amounts:

        **(1)** The limit of liability under this policy that applies to the building;

        **(2)** The replacement cost of that part of the building damaged with material of like kind and quality and for like use; or

**(3)** The necessary amount actually spent to repair or replace the damaged building.

If the building is rebuilt at a new premises, the cost described in **(2)** above is limited to the cost which would have been incurred if the building had been built at the original premises.

**b.** If, at the time of loss, the amount of insurance in this policy on the damaged building is less than 80% of the full replacement cost of the building immediately before the loss, we will pay the greater of the following amounts, but not more than the limit of liability under this policy that applies to the building:

**(1)** The actual cash value of that part of the building damaged; or

**(2)** That proportion of the cost to repair or replace, after application of any deductible and without deduction for depreciation, that part of the building damaged, which the total amount of insurance in this policy on the damaged building bears to 80% of the replacement cost of the building.

**c.** To determine the amount of insurance required to equal 80% of the full replacement cost of the building immediately before the loss, do not include the value of:

**(1)** Excavations, footings, foundations, piers, or any other structures or devices that support all or part of the building, which are below the undersurface of the lowest basement floor;

**(2)** Those supports described in **(1)** above which are below the surface of the ground inside the foundation walls, if there is no basement; and

**(3)** Underground flues, pipes, wiring and drains.

**d.** We will pay no more than the actual cash value of the damage until actual repair or replacement is complete. Once actual repair or replacement is complete, we will settle the loss as noted in **2.a.** and **b.** above.

However, if the cost to repair or replace the damage is both:

**(1)** Less than 5% of the amount of insurance in this policy on the building; and

**(2)** Less than $2,500;

we will settle the loss as noted in **2.a.** and **b.** above whether or not actual repair or replacement is complete.

**e.** You may disregard the replacement cost loss settlement provisions and make claim under this policy for loss to buildings on an actual cash value basis. You may then make claim for any additional liability according to the provisions of this Condition **C.** Loss Settlement, provided you notify us of your intent to do so within 180 days after the date of loss.

**D. Loss To A Pair Or Set**

In case of loss to a pair or set we may elect to:

**1.** Repair or replace any part to restore the pair or set to its value before the loss; or

**2.** Pay the difference between actual cash value of the property before and after the loss.

**E. Appraisal**

If you and we fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose a competent and impartial appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the "residence premises" is located. The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss.

Each party will:

**1.** Pay its own appraiser; and

**2.** Bear the other expenses of the appraisal and umpire equally.

**F. Other Insurance And Service Agreement**

If a loss covered by this policy is also covered by:

**1.** Other insurance, we will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of insurance covering the loss; or

**2.** A service agreement, this insurance is excess over any amounts payable under any such agreement. Service agreement means a service plan, property restoration plan, home warranty or other similar service warranty agreement, even if it is characterized as insurance.

**G. Suit Against Us**

No action can be brought against us unless there has been full compliance with all of the terms under Section I of this policy and the action is started within two years after the date of loss.

**H.    Our Option**

If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with material or property of like kind and quality.

**I.    Loss Payment**

We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 60 days after we receive your proof of loss and:

**1.**    Reach an agreement with you;

**2.**    There is an entry of a final judgment; or

**3.**    There is a filing of an appraisal award with us.

**J.    Abandonment Of Property**

We need not accept any property abandoned by an "insured".

**K.    Mortgage Clause**

**1.**    If a mortgagee is named in this policy, any loss payable under Coverage **A** or **B** will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.

**2.**    If we deny your claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:

    **a.**    Notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;

    **b.**    Pays any premium due under this policy on demand if you have neglected to pay the premium; and

    **c.**    Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Paragraphs **E.** Appraisal, **G.** Suit Against Us and **I.** Loss Payment under Section I - Conditions also apply to the mortgagee.

**3.**    If we decide to cancel or not to renew this policy, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

**4.**    If we pay the mortgagee for any loss and deny payment to you:

    **a.**    We are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

    **b.**    At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

**5.**    Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

**L.    No Benefit To Bailee**

We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provision of this policy.

**M.    Nuclear Hazard Clause**

**1.**    "Nuclear Hazard" means any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

**2.**    Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion, or smoke, whether these perils are specifically named in or otherwise included within the Perils Insured Against.

**3.**    This policy does not apply under Section I to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered.

**N.    Recovered Property**

If you or we recover any property for which we have made payment under this policy, you or we will notify the other of the recovery. At your option, the property will be returned to or retained by you or it will become our property. If the recovered property is returned to or retained by you, the loss payment will be adjusted based on the amount you received for the recovered property.

**O.    Volcanic Eruption Period**

One or more volcanic eruptions that occur within a 72 hour period will be considered as one volcanic eruption.

**P.    Policy Period**

This policy applies only to loss which occurs during the policy period.

**Q.    Concealment Or Fraud**

We provide coverage to no "insureds" under this policy if, whether before or after a loss, an "insured" has:

**1.**    Intentionally concealed or misrepresented any material fact or circumstance;

2.  Engaged in fraudulent conduct; or

3.  Made false statements;

relating to this insurance.

R.  **Loss Payable Clause**

If the Declarations show a loss payee for certain listed insured personal property, the definition of "insured" is changed to include that loss payee with respect to that property.

If we decide to cancel or not renew this policy, that loss payee will be notified in writing.

## SECTION II - LIABILITY COVERAGES

A.  **Coverage E - Personal Liability**

If a claim is made or a suit is brought against an "insured" for damages because of "bodily injury" or "property damage" caused by an "occurrence" to which this coverage applies, we will:

1.  Pay up to our limit of liability for the damages for which an "insured" is legally liable. Damages include prejudgment interest awarded against an "insured"; and

2.  Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when our limit of liability for the "occurrence" has been exhausted by payment of a judgment or settlement.

B.  **Coverage F - Medical Payments To Others**

We will pay the necessary medical expenses that are incurred or medically ascertained within three years from the date of an accident causing "bodily injury". Medical expenses means reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, prosthetic devices and funeral services. This coverage does not apply to you or regular residents of your household except "residence employees". As to others, this coverage applies only:

1.  To a person on the "insured location" with the permission of an "insured"; or

2.  To a person off the "insured location", if the "bodily injury":

    a.  Arises out of a condition on the "insured location" or the ways immediately adjoining;

    b.  Is caused by the activities of an "insured";

    c.  Is caused by a "residence employee" in the course of the "residence employee's" employment by an "insured"; or

    d.  Is caused by an animal owned by or in the care of an "insured".

## SECTION II - EXCLUSIONS

A.  **"Motor Vehicle Liability"**

1.  Coverages E and F do not apply to any "motor vehicle liability" if, at the time and place of an "occurrence", the involved "motor vehicle":

    a.  Is registered for use on public roads or property;

    b.  Is not registered for use on public roads or property, but such registration is required by a law, or regulation issued by a government agency, for it to be used at the place of the "occurrence"; or

    c.  Is being:

        (1)  Operated in, or practicing for, any prearranged or organized race, speed contest or other competition;

        (2)  Rented to others;

        (3)  Used to carry persons or cargo for a charge; or

        (4)  Used for any "business" purpose except for a motorized golf cart while on a golfing facility.

2.  If Exclusion A.1. does not apply, there is still no coverage for "motor vehicle liability" unless the "motor vehicle" is:

    a.  In dead storage on an "insured location";

    b.  Used solely to service an "insured's" residence;

    c.  Designed to assist the handicapped and, at the time of an "occurrence", it is:

        (1)  Being used to assist a handicapped person; or

        (2)  Parked on an "insured location";

    d.  Designed for recreational use off public roads and:

        (1)  Not owned by an "insured"; or

      **(2)** Owned by an "insured" provided the "occurrence" takes place on an "insured location" as defined in Definitions **B. 6.a., b., d., e.** or **h.;** or

   **e.** A motorized golf cart that is owned by an "insured", designed to carry up to 4 persons, not built or modified after manufacture to exceed a speed of 25 miles per hour on level ground and, at the time of an "occurrence", is within the legal boundaries of:

      **(1)** A golfing facility and is parked or stored there, or being used by an "insured" to:

         **(a)** Play the game of golf or for other recreational or leisure activity allowed by the facility;

         **(b)** Travel to or from an area where "motor vehicles" or golf carts are parked or stored; or

         **(c)** Cross public roads at designated points to access other parts of the golfing facility; or

      **(2)** A private residential community, including its public roads upon which a motorized golf cart can legally travel, which is subject to the authority of a property owners association and contains an "insured's" residence.

**B.** **"Watercraft Liability"**

   **1.** Coverages **E** and **F** do not apply to any "watercraft liability" if, at the time of an "occurrence", the involved watercraft is being:

    **a.** Operated in, or practicing for, any prearranged or organized race, speed contest or other competition. This exclusion does not apply to a sailing vessel or a predicted log cruise;

    **b.** Rented to others;

    **c.** Used to carry persons or cargo for a charge; or

    **d.** Used for any "business" purpose.

   **2.** If Exclusion **B.1.** does not apply, there is still no coverage for "watercraft liability" unless, at the time of the "occurrence", the watercraft:

    **a.** Is stored;

    **b.** Is a sailing vessel, with or without auxiliary power, that is:

      **(1)** Less than 26 feet in overall length; or

      **(2)** 26 feet or more in overall length and not owned by or rented to an "insured"; or

    **c.** Is not a sailing vessel and is powered by:

      **(1)** An inboard or inboard-outdrive engine or motor, including those that power a water jet pump, of:

         **(a)** 50 horsepower or less and not owned by an "insured"; or

         **(b)** More than 50 horsepower and not owned by or rented to an "insured"; or

      **(2)** One or more outboard engines or motors with:

         **(a)** 25 total horsepower or less;

         **(b)** More than 25 horsepower if the outboard engine or motor is not owned by an "insured";

         **(c)** More than 25 horsepower if the outboard engine or motor is owned by an "insured" who acquired it during the policy period; or

         **(d)** More than 25 horsepower if the outboard engine or motor is owned by an "insured" who acquired it before the policy period, but only if:

            **(i)** You declare them at policy inception; or

            **(ii)** Your intent to insure them is reported to us in writing within 45 days after you acquire them.

         The coverages in **(c)** and **(d)** above apply for the policy period.

    Horsepower means the maximum power rating assigned to the engine or motor by the manufacturer.

**C.** **"Aircraft Liability"**

   This policy does not cover "aircraft liability".

**D.** **"Hovercraft Liability"**

   This policy does not cover "hovercraft liability".

**E.** **Coverage E Personal Liability And Coverage F - Medical Payments To Others**

   Coverages **E** and **F** do not apply to the following:

   **1.** **Expected Or Intended Injury**

    "Bodily injury" or "property damage" which is expected or intended by an "insured" even if the resulting "bodily injury" or "property damage":

    **a.** Is of a different kind, quality or degree than initially expected or intended; or

    **b.** Is sustained by a different person, entity, real or personal property, than initially expected or intended.

However, this Exclusion **E.1.** does not apply to "bodily injury" resulting from the use of reasonable force by an "insured" to protect persons or property;

2. **"Business"**

    a.   "Bodily injury" or "property damage" arising out of or in connection with a "business" conducted from an "insured location" or engaged in by an "insured", whether or not the "business" is owned or operated by an "insured" or employs an "insured".

        This Exclusion **E.2.** applies but is. not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the "business".

    b.   This Exclusion **E.2.** does not apply to:

        (1)   The rental or holding for rental of an "insured location"; residence;

               (a)   On an occasional basis if used only as a

               (b)   In part for use only as a residence, unless a single family unit is intended for use by the occupying family to lodge more than two roomers or boarders; or

               (c)   In part, as an office, school, studio or private garage; and

        (2)   An "insured" under the age of 21 years involved in a part-time or occasional, self-employed "business" with no employees;

3. **Professional Services**

    "Bodily injury" or "property damage" arising out of the rendering of or failure to render professional services;

4. **"Insured's" Premises Not An "Insured Location"**

    "Bodily injury" or "property damage" arising out of a premises:

    a.   Owned by an "insured";

    b.   Rented to an "insured"; or

    c.   Rented to others by an "insured";

    that is not an "insured location";

5. **War**

    "Bodily injury" or "property damage" caused directly or indirectly by war, including the following and any consequence of any of the following:

    a.   Undeclared war, civil war, insurrection, rebellion or revolution;

        (1)   Undeclared war, civil war, insurrection, rebellion or revolution;

        (2)   Warlike act by a military force or military personnel; or

        (3)   Destruction, seizure or use for a military purpose.

    Discharge of a nuclear weapon will be deemed a warlike act even if accidental;

6. **Communicable Disease**

    "Bodily injury" or "property damage" which arises out of the transmission of a communicable disease by an "insured";

7. **Sexual Molestation, Corporal Punishment Or Physical Or Mental Abuse**

    "Bodily injury" or "property damage" arising out of sexual

8. **Controlled Substance**

    "Bodily injury" or "property damage" arising out of the use, sale, manufacture, delivery, transfer or possession by any person of a Controlled Substance as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Controlled Substances include but are not limited to cocaine, LSD, marijuana and all narcotic drugs. However, this exclusion does not apply to the legitimate use of prescription drugs by a person following the orders of a licensed physician.

    Exclusions **A.** "Motor Vehicle Liability", **B.** "Watercraft Liability", **C.** "Aircraft Liability", **D.** "Hovercraft Liability" and **E.4.** "Insured's" Premises Not An "Insured Location" do not apply to "bodily injury" to a "residence employee" arising out of and in the course of the "residence employee's" employment by an "insured".

**F.  Coverage E - Personal Liability**

    Coverage E does not apply to:

    1.   Liability:

        a.   For any loss assessment charged against you as a member of an association, corporation or community of property owners, except as provided in **D.** Loss Assessment under Section **II** - Additional Coverages;

   **b.**   Under any contract or agreement entered into by an "insured". However, this exclusion does not apply to written contracts:

      **(1)**   That directly relate to the ownership, maintenance or use of an "insured location"; or

      **(2)**   Where the liability of others is assumed by you prior to an "occurrence"; unless excluded in a. above or elsewhere in this policy;

      unless excluded in **a.** above or elsewhere in this policy;

**2.**   "Property damage" to property owned by an "insured". This includes costs or expenses incurred by an "insured" or others to repair, replace, enhance, restore or maintain such property to prevent injury to a person or damage to property of others, whether on or away from an "insured location";

**3.**   "Property damage" to property rented to, occupied or used by or in the care of an "insured". This exclusion does not apply to "property damage" caused by fire, smoke or explosion;

**4.**   "Bodily injury" to any person eligible to receive any benefits voluntarily provided or required to be provided by an "insured" under any:

   **a.**   Workers' compensation law;

   **b.**   Non-occupational disability law; or

   **c.**   Occupational disease law;

**5.**   "Bodily injury" or "property damage" for which an "insured" under this policy:

   **a.**   Is also an insured under a nuclear energy liability policy issued by the:

      **(1)**   Nuclear Energy Liability Insurance Association;

      **(2)**   Mutual Atomic Energy Liability Underwriters;

      **(3)**   Nuclear Insurance Association of Canada; or any of their successors; or

   **b.**   Would be an insured under such a policy but for the exhaustion of its limit of liability; or

**6.**   "Bodily injury" to you or an "insured" as defined under Definitions **5.a.** or **b.**

This exclusion also applies to any claim made or suit brought against you or an "insured":

   **a.**   To repay; or

   **b.**   Share damages with;

   another person who may be obligated to pay damages because of "bodily injury" to an "insured"

**G.   Coverage F - Medical Payments To Others**

Coverage **F** does not apply to "bodily injury":

**1.**   To a "residence employee" if the "bodily injury":

   **a.**   Occurs off the "insured location"; and

   **b.**   Does not arise out of or in the course of the "residence employee's" employment by an "insured";

**2.**   To any person eligible to receive benefits voluntarily provided or required to be provided under any:

   **a.**   Workers' compensation law;

   **b.**   Non-occupational disability law; or

   **c.**   Occupational disease law;

**3.**   From any:

   **a.**   Nuclear reaction;

   **b.**   Nuclear radiation; or

   **c.**   Radioactive contamination;

all whether controlled or uncontrolled or however caused; or

   **d.**   Any consequence of any of these; or

**4.**   To any person, other than a "residence employee" of an "insured", regularly residing on any part of the "insured location".

## SECTION II - ADDITIONAL COVERAGES

We cover the following in addition to the limits of liability:

**A. Claim Expenses**

We pay:

1. Expenses we incur and costs taxed against an "insured" in any suit we defend;

2. Premiums on bonds required in a suit we defend, but not for bond amounts more than the Coverage **E** limit of liability. We need not apply for or furnish any bond;

3. Reasonable expenses incurred by an "insured" at our request, including actual loss of earnings (but not loss of other income) up to $250 per day, for assisting us in the investigation or defense of a claim or suit; and

4. Interest on the entire judgment which accrues after entry of the judgment and before we pay or tender, or deposit in court that part of the judgment which does not exceed the limit of liability that applies.

**B. First Aid Expenses**

We will pay expenses for first aid to others incurred by an "insured" for "bodily injury" covered under this policy. We will not pay for first aid to an "insured".

**C. Damage To Property Of Others**

1. We will pay, at replacement cost, up to $1,000 per "occurrence" for "property damage" to property of Others caused by an "insured".

2. We will not pay for "property damage":

    a. To the extent of any amount recoverable under Section I;

    b. Caused intentionally by an "insured" who is 13 years of age or older;

    c. To property owned by an "insured";

    d. To property owned by or rented to a tenant of an "insured" or a resident in your household; or

    e. Arising out of:

    (1) A "business" engaged in by an "insured";

    (2) Any act or omission in connection with a premises owned, rented or controlled by an "insured", other than the "insured location"; or

    (3) The ownership, maintenance, occupancy, operation, use, loading or unloading of aircraft, hovercraft, watercraft or "motor vehicles".

    This exclusion e.**(3)** does not apply to a "motor vehicle" that:

    (a) Is designed for recreational use off public roads;

    (b) Is not owned by an "insured"; and

    (c) At the time of the "occurrence", is not required by law, or regulation issued by a government agency, to have been registered for it to be used on public roads or property.

**D. Loss Assessment**

1. We will pay up to $1,000 for your share of loss assessment charged against you, as owner or tenant of the "residence premises", during the policy period by a corporation or association of property owners, when the assessment is made as a result of:

    a. "Bodily injury" or "property damage" not excluded from coverage under Section **II** - Exclusions; or

    b. Liability for an act of a director, officer or trustee in the capacity as a director, officer or trustee, provided such person:

    (1) Is elected by the members of a corporation or association of property owners; and

    (2) Serves without deriving any income from the exercise of duties which are solely on behalf of a corporation or association of property owners.

2. Paragraph I. Policy Period under Section **II** - Conditions does not apply to this Loss Assessment Coverage.

3. Regardless of the number of assessments, the limit Of $1,000 is the most we will pay for loss arising out of:

    a. One accident, including continuous or repeated exposure to substantially the same general harmful condition; or

    b. A covered act of a director, officer or trustee. An act involving more than one director, officer or trustee is considered to be a single act.

4. We do not cover assessments charged against you or a corporation or association of property owners by any governmental body.

## SECTION II - CONDITIONS

**A. Limit Of Liability**

Our total liability under Coverage **E** for all damages resulting from any one "occurrence" will not be more than the Coverage **E** limit of liability shown in the Declarations. This limit is the same regardless of the number of "insureds", claims made or persons injured. All "bodily injury" and "property damage" resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions shall be considered to be the result of one "occurrence".

Our total liability under Coverage **F** for all medical expense payable for "bodily injury" to one person as the result of one accident will not be more than the Coverage **F** limit of liability shown in the Declarations.

**B. Severability Of Insurance**

This insurance applies separately to each "insured". This condition will not increase our limit of liability for any one "occurrence".

**C. Duties After "Occurrence"**

In case of an "occurrence", you or another "insured" will perform the following duties that apply. We have no duty to provide coverage under this policy if your failure to comply with the following duties is prejudicial to us. You will help us by seeing that these duties are performed:

1. Give written notice to us or our agent as soon as is practical, which sets forth:
   a. The identity of the policy and the "named insured" shown in the Declarations;
   b. Reasonably available information on the time, place and circumstances of the "occurrence"; and
   c. Names and addresses of any claimants and witnesses;
2. Cooperate with us in the investigation, settlement or defense of any claim or suit;
3. Promptly forward to us every notice, demand, summons or other process relating to the "occurrence";
4. At our request, help us:
   a. To make settlement;
   b. To enforce any right of contribution or indemnity against any person or organization who may be liable to an "insured";
   c. With the conduct of suits and attend hearings and trials; and
   d. To secure and give evidence and obtain the attendance of witnesses;
5. With respect to **C.** Damage To Property Of Others under Section **II** - Additional Coverages, submit to us within 60 days after the loss, a sworn statement of loss and show the damaged property, if in an "insured's" control;
6. No "insured" shall, except at such "insured's" own cost, voluntarily make payment, assume obligation or incur expense other than for first aid to others at the time of the "bodily injury".

**D. Duties Of An Injured Person - Coverage F - Medical Payments To Others**

1. The injured person or someone acting for the injured person will:
   a. Give us written proof of claim, under oath if required, as soon as is practical; and
   b. Authorize us to obtain copies of medical reports and records.
2. The injured person will submit to a physical exam by a doctor of our choice when and as often as we reasonably require.

**E. Payment Of Claim - Coverage F - Medical Payments To Others**

Payment under this coverage is not an admission of liability by an "insured" or us.

**F. Suit Against Us**

1. No action can be brought against us unless there has been full compliance with all of the terms under this Section **II**.
2. No one will have the right to join us as a party to any action against an "insured".
3. Also, no action with respect to Coverage **E** can be brought against us until the obligation of such "insured" has been determined by final judgment or agreement signed by us.

**G. Bankruptcy Of An "Insured"**

Bankruptcy or insolvency of an "insured" will not relieve us of our obligations under this policy.

**H. Other insurance**

This insurance is excess over other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

I.   **Policy Period**

This policy applies only to "bodily injury" or "property damage" which occurs during the policy period.

J.   **Concealment Or Fraud**

We do not provide coverage to an "insured" who, whether before or after a loss, has:

1.   Intentionally concealed or misrepresented any material fact or circumstance;

2.   Engaged in fraudulent conduct; or

3.   Made false statements;

relating to this insurance.

---

**SECTION I AND II - CONDITIONS**

A.   **Liberalization Clause**

If we make a change which broadens coverage under this edition of our policy without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state, provided that this implementation date falls within 60 days prior to or during the policy period stated in the Declarations.

This Liberalization Clause does not apply to changes implemented with a general program revision that includes both broadenings and restrictions in coverage, whether that general program revision is implemented through introduction of:

1.   A subsequent edition of this policy; or

2.   An amendatory endorsement.

B.   **Waiver Or Change Of Policy Provisions**

A waiver or change of a provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination will not waive any of our rights.

C.   **Cancellation**

1.   You may cancel this policy at any time by returning it to us or by letting us know in writing of the date cancellation is to take effect.

2.   We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations. Proof of mailing will be sufficient proof of notice.

   a.   When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

   b.   When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 10 days before the date cancellation takes effect.

   c.   When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:

      (1)   If there has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy; or

      (2)   If the risk has changed substantially since the policy was issued.

      This can be done by letting you know at least 30 days before the date cancellation takes effect.

   d.   When this policy is written for a period of more than one year, we may cancel for any reason at anniversary by letting you know at least 30 days before the date cancellation takes effect.

3.   When this policy is canceled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

4.   If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

D.   **Nonrenewal**

We may elect not to renew this policy. We may do so by delivering to you, or mailing to you at your mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

E.   **Assignment**

Assignment of this policy will not be valid unless we give our written consent.

F.   **Subrogation**

An "insured" may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

If an assignment is sought, an "insured" must sign and deliver all related papers and cooperate with us.

Subrogation does not apply to Coverage **F** or Paragraph **C.** Damage To Property Of Others under Section II - Additional Coverages.

**G.  Death**

If any person named in the Declarations or the spouse, if a resident of the same household, dies, the following apply:

**1.**  We insure the legal representative of the deceased but only with respect to the premises and property of the deceased covered under the policy at the time of death; and

**2.**  "Insured" includes:

**a.**  An "insured" who is a member of your household at the time of your death, but only while a resident of the "residence premises"; and

**b.**  With respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

The Company providing this insurance is the member of The Hartford Financial Services Group, Inc. designated in the Declarations (a stock insurance company.) The Company has caused this policy to be signed by its President and by a Secretary, but this policy shall not be binding unless countersigned on the Declarations by a duly authorized agent of the Company.

Lisa Levin, Secretary
The Hartford

Douglas Elliot, President
The Hartford



## THE MORGAN LAW GROUP
### A Professional Association

| Thomas J. Morgan, Jr. | Coral Gables - Orlando - Naples | Thomas J. Morgan, Sr. |
|---|---|---|
| Daniel Frank Lopez | Main Office: | |
| Jonathan D. Lawrence | 55 MERRICK WAY, SUITE 404 | |
| John D. Lanpher, III | CORAL GABLES, FLORIDA 33134 | Of Counsel: |
| Alejandro Sasieta | TELEPHONE (305) 569-9900   FAX (305) 443-6828 | Robin D. Benjamin |
| Edgar A. Kelly | EMAIL: info@morganlawgroup.net | Erick Trivedi |

**www.PolicyAdvocate.com**

**Sent via DFS**
Chief Financial Officer
200 E. Gaines Street
Tallahassee, Fl 32399

Case Number: 23000237CA

### RE:  LINDA ANDERSON AND MARK ANDERSON v. HARTFORD CASUALTY INSURANCE COMPANY

To Whom It May Concern:

Please provide our office with five or more dates to take the deposition of your corporate representative(s), Field Adjuster who inspected Plaintiff's property and Desk Adjuster in connection with above-referenced matter within thirty (30) days. Please note that the areas of inquiry for these individuals will be as follows:

1. All issues contained within Plaintiff's Complaint;

2. Coverage for the Subject Property and damages in this matter;

3. All coverages, conditions, exclusions, exceptions, definitions, etc. for the Subject Policy.

4. Damages to the Subject Property at issue in this matter;

5. Defendant's opinion as to origin and cause of the loss at issue;

6. Defendant's reason for failing to pay the Subject Claim;

7. Any computerized damage estimating system used by the Defendant in the Subject Claim;

8. All of Defendant's defenses to coverage and payment of Plaintiff's damages;

9. Defendant's Affirmative Defenses;

10. Defendant's responses to Plaintiff's discovery requests;

11. The specific handling and processing of the subject claim, including the investigation, adjustment, and valuation of the claim;

12. Any and all decisions made on behalf of Defendant with regard to the adjustment, investigation, and payment or failure to pay the subject claim and the basis for those decisions;

13. The cause(s) of loss that Defendant attributed to the subject claim and the basis for the determination of the cause of loss;

14. Any damages to the insured property determined by Defendant to have been caused directly or indirectly by the subject incident;

15. The basis for any payment, partial payment, reduction, denial, and/or non-payment of the subject claim;

16. How the events which occurred to cause Plaintiff's damages constitute events excluded from the coverage provided by the subject policy or why Plaintiff's claim and/or damages are not otherwise covered under the policy of insurance;

17. Any post loss conditions and exclusions relied on by Defendant in denying or failing to fully compensate Plaintiff's loss, as well as the corresponding supporting facts, documents and policy language;

18. All documents, correspondence and emails sent by Defendant in any way, shape or form to Plaintiff or Plaintiff's representative(s) relating to the incident alleged in the Complaint at any time from the date of loss to the present date;

19. All photographs, communication, estimates and reports prepared by Defendant for Plaintiff's claim;

20. The factual basis and all policy language including endorsements and amendments upon which Defendant's Answer is based, including all denials and Affirmative Defenses raised by Defendant in this cause; and

21. Defendant's responses to Plaintiff's discovery requests and all facts, documents and policy language which support Defendant's responses to Plaintiff's discovery requests.

22. Defendant's adjustment of the Subject claim;

23. Defendant's evaluation of the Subject Claim;

24. License information for all adjusters and other claim representatives involved with the handling of the Subject Claim;

25. Defendant's inspection of the Subject Property prior to the occurrence of the Subject Loss;

26. Defendant's inspection of the Subject Property subsequent to the occurrence of the Subject Loss;

27. All documents Defendant requested prior to the filing of the present lawsuit and the reason for making the request;

28. The nature, substance and location of all records in Defendant's possession, custody care or control, including expert reports which pertain to the Subject Loss and Subject Claim;

29. Defendant's denial of the Subject Claim, and;

30. Defendant's knowledge of the contents contained within the entire underwriting file an underwriting of the Subject Policy.

This is not an exhaustive list and additional areas of inquiry may be necessary depending upon additional discovery and responses to questions asked at the deposition.

Should you have any questions, please do not hesitate to contact us. In the meantime, I look forward to your anticipated prompt cooperation in this matter. Failure to provide dates within the prescribed time may necessitate the filing of a Motion to Compel.

Respectfully,

Thomas J. Morgan, Jr., Esq.

*/s/ Thomas J. Morgan, Jr.*

Case 2:23-cv-00411-JES-NBM    Document 3    Filed 06/09/23    Page 95 of 96 PageID 1286

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
CHARLOTTE COUNTY, FLORIDA                                   CIVIL ACTION

LINDA ANDERSON and MARK
ANDERSON
      Plaintiff(s),                            Case File No:
vs.                                                    Case Type:

HARTFORD CASUALTY INSURANCE
COMPANY
      Defendant(s),
_____/

## STANDING ORDER FOR ALL CIVIL CASES

## IN CHARLOTTE COUNTY

### *(Except for Residential Foreclosure see separate Standing Order)*

PURSUANT to Florida Rule of Civil Procedure 1.200(a), Florida Rule of Judicial
Administration 2.545, and Administrative Order 1.13 entered by the Chief Judge of this Circuit,
the parties are ordered to adhere to the following information and procedures applicable to civil
lawsuits:

1.  **SERVICE OF THIS ORDER**. The Plaintiff is directed to serve a copy of this order
    with each Summons issued in this case. One copy of this Order is to be filed with the
    Clerk of the Circuit Court with the issuance of the Summons. The Plaintiff shall pay
    the appropriate fees on copies for each Standing Order issued and attached to the
    Summons.

2.  **CIVIL CASE MANAGEMENT SYSTEM.** The Supreme Court of Florida has
    established guidelines for the prompt processing and resolution of civil cases. This
    Court has adopted a case management system to help meet those guidelines. In
    contested cases, the parties are required to participate in the case management system.
    The case management system requires early consultation and cooperation among the
    parties for the preparation and submission of an Agreed Case Management Plan, early
    interaction with a Civil Case Manager and early involvement by the Court. The
    Agreed Case Management Plan requires the parties to identify a case track, confer in
    a good faith attempt to narrow the matters in controversy, identify the issues that
    require direct involvement by the Court, and establish a schedule for addressing those
    issues[1]. The Agreed Case Management Plan may be accessed at the Court's website
    at: https://www.ca.cjis20.org/home/charlotte/charjudge.asp?Judge=lporter&PgType=3&Display=

---

[1] Case Track options include Expedited, Standard or Complex. Case Tracks have been established in order to
comply with the case disposition standards set forth in Florida Rule of Judicial Administration 2,250(a)(1)(B).

Unless all of the Defendants have been served and have been defaulted, an Agreed Case Management Plan will be submitted to the Court, by email to Cha-circuitcivil@ca.cjis20.org on or before 150 days from the date of filing the initial complaint. If the parties are unable to agree on an Agreed Case Management Plan, a case management conference will be scheduled by the Court. If a case management conference is scheduled, attendance by trial counsel and those parties who are not represented by counsel is mandatory.

3. **ALTERNATIVE DISPUTE RESOLUTION (ADR).** ADR provides parties with an out-of-court alternative to setting disagreements. The Court requires the parties to participate in ADR prior to trial. Mediation is mandatory unless the parties stipulate to non-binding arbitration in lieu of mediation. Mediation is a conference at which an independent third party attempts to arrange a settlement between the parties.

4. **RULES OF PROFESSIONALISM.** The Twentieth Judicial Circuit has adopted Administrative Order 2.20, which sets forth standards of professional courtesy and conduct for all counsel or pro-se litigants practicing within the Circuit. The Court requires that all familiarize themselves with and comply with Administrative Order 2.20. Administrative Order 2.20 may be viewed on the Court's website at www.cs.cjis20.org/web/main/as_admin.asp

DONE AND ORDERED in Punta Gorda, Charlotte County, Florida on July 1, 2020.

HON. GEOFFREY H. GENTILE
CIRCUIT JUDGE