```
UNITED STATES DISTRICT COURT
   MIDDLE DISTRICT OF FLORIDA
       FORT MYERS DIVISION
```

LINDA ANDERSON and MARK ANDERSON,

    Plaintiffs,

v.                      Case No: 2:23-cv-411-JES-NPM

HARTFORD INSURANCE COMPANY OF THE MIDWEST,

    Defendant.

_____

## ORDER

This matter comes before the Court on the parties' Joint Stipulation for Voluntary Dismissal With Prejudice (Doc. #21) filed on December 22, 2023. The parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation. <u>Anago Franchising, Inc. v. Shaz, LLC</u>, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

**DONE and ORDERED** at Fort Myers, Florida, this ___29th___ day of December 2023.

                                                    _____
                                                    JOHN E. STEELE
                                                    SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record